BOOK 171

171-51

**This Indenture,** Made the _____ 25th _____ day of _____ February

A. D, one thousand nine hundred and ____forty-two____ Between

John McLaughlin and Flora J. McLaughlin, his wife,

of _____ Great Falls, _____ Montana _____ part ies _____ of the first part; and

The Roman Catholic Bishop of Great Falls, A Corporation Sole

of _____ Great Falls _____ Montana _____ the party _____ of

the second part, WITNESSETH, that the ____said____ part ies _____ of the first part, for and in consideration of the

sum of _____ One and no/100 — — — — — — — — — — — — — — — — Dollars ($ 1.00 _____ )

lawful money of the United States of America, to _____ them _____ in hand paid by said part Y _____ of the second part, the

receipt whereof is hereby acknowledged, do _____ by these presents grant, bargain, sell, convey, warrant and confirm unto the

said part Y _____ of the second part, and to _____ its _____ heirs and assigns forever, the hereinafter described real estate, situated

in the city or town of _____ Great Falls _____, County of Cascade, State of Montana, to-wit:

Lots One (1) and Two (2), Block Seven Hundred Forty (740), Tenth (10) Addition to Great Falls Townsite,
according to the official map or plat of said Addition on file in the office of the Clerk and Recorder of
said Cascade County, Montana, and of Lot 2 of Section 17, Township 20 North of Range 4 East,
Also all that part of the SE¼NE¼ of Section 17, Township 20, North of Range 3 East of the Montana
Meridian, particularly described as follows:

Beginning at the North-west corner of said Lot 2 of said Block 740 and running thence in a south-
westerly direction along the north-westerly line of said lot 2 and of lot 1 of said block 740 to a point
on the west line of said Block 740; thence northerly along aline identical with the west line of said
Block 740 to the south-west corner of lot 1 of said Block 740; thence in a north-easterly direction along
the south-easterly side of said lot 1 to the Northeast, corner thereof; thence easterly along a line
identical with the north line of said block 740 to the north-west corner of said lot 2, the thence of
beginning. The tract herein last described being a tract of land heretofore embraced within the right
of way of the Chicago, Milwaukee, Saint-Paul, and Pacific Railway Company (now abandoned) running through
said Block 740, but, excepting therefrom that part of said right of way embraced within the alley running
East and West through said block.

( FIFTY-FIVE CENTS IN REVENUE STAMPS AFFIXED AND CANCELLED.)

Together with all and singular the hereinbefore described premises, together with all tenements, hereditaments, and appur-
tenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents,
issues and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim
and demand whatsoever, as well in law as in equity, of the said part ies _____ of the first part, of, in or to the said premises, and
every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, All and singular the above
mentioned and described premises unto the said part Y _____ of the second part, _____ its _____ heirs and assigns _____

And the said part ies _____ of the first part _____ and _____ their _____ heirs, do hereby covenant
that _____ they _____ will forever warrant and defend all right, title and interest in and to the said premises and the quiet and
peaceable possession thereof, unto the said part Y _____ of the second part, _____ its _____ heirs and assigns, against the acts
and deeds of the said part ies _____ of the first part, and all and every person, and persons whomsoever lawfully claiming or to
claim the same. _____

IN WITNESS WHEREOF, The said part ies _____ of the first part ha ve _____ hereunto set _____ their _____ hand s _____ and seal s _____
the day and year first hereinbefore written.

Signed, Sealed and Delivered in the presence of

_____ John McLaughlin _____ (SEAL)

_____ Flora J. McLaughlin _____ (SEAL)

_____ (SEAL)

_____ (SEAL)

STATE OF MONTANA,

County of _____ Cascade _____ ss.

On this ____29th____ day of ____February____

In the year nineteen hundred and ____forty-two____ before me, ____Leo G. Graybill____

a Notary Public _____ for the State of Montana, _____ personally appeared

John McLaughlin and Flora J. McLaughlin, his wife,

known to me _____

to be the person S _____ whose name S ____are____ subscribed to the within instrument, and acknowledged to me that ____they____
executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my _____ Notarial _____ Seal, the day and year
_____ first above written,

(NOTARIAL SEAL)

_____ Leo G. Graybill _____
Notary Public for the State of Montana,
Residing at _____ Great Falls, Montana

My Commission expires _____ 6 - 11, 1942.

Filed for record this ____2nd____ day of ____March____, 19__42__, at ____10:55__ o'clock ____A. M.__

By ____James W. Kvrich____ _____ Chas. Ragan _____
_____ Deputy. _____ County Clerk and Recorder.

Fee $1.50

# ST. ANTHONY (CULBERTSON)

THIS INDENTURE, Made this sixth day of July, in the year of our Lord one thousand nine hundred and five, between the Roman Catholic Bishop of Helena, Montana, a sole corporation, party of the first part, and the Roman Catholic Bishop of Great Falls, Montana, a sole corporation, party of the second part;

WITNESSETH: That the said party of the first part for and in consideration of the sum of One dollar to it in hand paid by the said party of the second part, the receipt of which is hereby acknowledged, has remised, released and forever quit claimed, and by these presents does remise, release and forever quit claim unto the said party of the second part, and to its successors and assigns, the following described real estate situated in the county of Valley, and State of Montana, to-wit:

Lots number One (1), two (2), three (3), and our (4) in Block number nine (9), of T. Cushing's first addition to the city or town of Culbertson, County aforesaid.

Together with all the tenements, hereditaments and appurtenances thereunto belonging, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest, property, possession, claim and demand whatsoever, as well in law as in equity, of the said party of the first part, of, in or to the said aforesaying described premises, and every part and parcel thereof; together with all personal property situated thereon:

TO HAVE AND TO HOLD, all and and singular the said premises with the appurtenances unto the said party of the second part, his successors and assigns, forever:

IN WITNESS WHEREOF, the said party of the first part has caused this instrument to be executed and his corporate seal hereto affixed the day and year first above written.

( CORPORATE SEAL )

Roman Catholic Bishop
of Helena, Montana
By John P. Carroll,

Signed, sealed and delivered in
the presence of
James A Walsh
Attest
 Victor Day Secretary.

STATE OF MONTANA,  }
        } SS.

County of Lewis and Clark,

On this sixth day of June, A. D. 1905, before me, James A. Walsh, a Notary Public in and for the county of Lewis and Clark, State of Montana, personally appeared John P. Carrol, known to me to be the Bishop of Helena, Montana, the corporation that executed the within instrument, and acknowledged to me that said corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial seal the day and year in this certificate first above written.

          James A. Walsh
( N. S. )    Notary Public in and for the County of Lewis and
         Clark,  Montana.

STATE OF MONTANA  }
         }SS.
County of Lewis and Clark }

On this 6th day of June, 1905, before me, James A. Walsh, a Notary Public in and for the County and State aforesaid, personally appeared Victor Day, known to me to be the Secretary of the Corporation that executed the within instrument, and acknowledged to me that such corporation executed the same.

IN TESTIMONY WHEREOF, I have hereunto signed my name and affixed my Notarial Seal, the day and year in this certificate first above written.

  ( N. S. )     James A. Walsh
       Notary Public in and for Lewis and Clark County,
         Montana.
    Filed for record June 20, 1907 at 3 P. M.

         R B Shoemaker  Recorder
         D B Stephens  Deputy

( Deeds 1 page 625)  Book 93  Page 291

QUIT CLAIM DEED.

THIS INDENTURE, Made this twelfth day of July in the year of our Lord one thousand nine hundred and seven between Robert R. Stoner and Cora A. Stoner, husband and wife, parties of the first part, and The United States of America, parties of the second part.

WITNESSETH, That the said parties of the first part, in consideration of the sum of One ( $1.00) Dollars, to them in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, do by these presents Grant, Bargain, Sell, Release and quit-claim to the said party of the second part its heirs and assigns, forever, all the following piece or parcel of land lying and being in the county of Valley and State of Montana, described as follows, to-wit:

The west half of Section seven (7), Township twenty-seven (27), North of Range Fifty-nine East. M. M.

TO HAVE AND TO HOLD, the above quit-claimed premises, together with all and singular the hereditaments and appurtenances thereunto belonging, or in any wise

# DEED RECORD NO. 103

Emile L. Brujord, a single man to The Roman Catholic Bishop of Great Falls, Montana..........Rec. No. 16727

**NO. 14 - QUIT CLAIM DEED**

THIS INDENTURE, Made the..........30th..........day of..........September..........in the year of our Lord one thousand nine hundred and..........fifty..........between..........

..........Emile L. Brujord, a single man over twenty-one-years-of-age,..........

..........of Culbertson, Montana..........PART OF THE FIRST PART,..........

AND

The Roman Catholic Bishop of Great Falls, Montana, a Corporation, Sole,..........

..........(the part y..........of the SECOND PART,

WITNESSETH: That the said part y..........of the FIRST PART for and in consideration of the sum of..........

..........One Hundred # # # # # # # # # # # #..........Dollars, ($.100.00..........)

to..........him..........in hand paid by the said part y..........of the SECOND PART, the receipt of which is hereby acknowledged; do hereby convey, remise, release and forever quitclaim unto the said part y..........of the second part, and to its successors, heirs, and assigns, the following described real estate, situated in the..........town of Culbertson..........County of..........Roosevelt..........

and State of Montana, to-wit:..........first

..........Lot Five (5) in Block Nine (9) of Cushing's/Addition to the Townsite of..........

..........Culbertson, Roosevelt County, Montana..........

together with all the tenements, hereditaments, and appurtenances thereto belonging, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest, in and to said property, possession, claim and demand whatsoever as well in law as in equity, of the said part y..........of the first part, of, in or to the said premises and every part and parcel thereof..........

TO HAVE AND TO HOLD, all and singular the said premises, with the appurtenances..........

..........thereunto belonging or in anywise appertaining therein,..........

unto the said part y..........of the second part, its successors, heirs and assigns forever.

IN WITNESS WHEREOF, the said party..........of the first part h as..........hereunto set..........his..........hand..........and seal..........the day and year first above written.

Signed, Sealed and Delivered in the Presence of

..........J X Peterson..........Emile L. Brujord..........(SEAL)

..........R A Peterson..........(SEAL)

STATE OF MONTANA,

County of..........Roosevelt..........} ss.

On this..........30th..........day of..........September..........nineteen hundred and..........fifty..........before me..........J X Peterson..........a Notary Public for the State of Montana, personally appeared..........Emile L. Brujord..........

known to me..........

##################..........)

to be the person..........whose name is..........subscribed to the within instrument, and acknowledged to me that..........he..........executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year in this certificate first above written.

..........J X Peterson..........
Notary Public for the State of Montana.

Residing at..........Culbertson, Montana..........

My Commission expires May 19, 1950...........

Filed for Record this..........11th..........day of..........February..........A. D. 10.51..........at 9:00..........o'clock..........A. M.

Recorder..........

Compared..........Eleanor A. Schmeltzer..........
County Recorder.

Reader..........

Fee--$1.00 pd.

By..........Deputy.

## DEED OF ADMINISTRATOR

1    THIS INDENTURE made the 25th day of March, 1955, at the city

2 of Wolf Point, County of Roosevelt, State of Montana, by and

3 between A. J. Isachsen, the duly appointed, qualified and acting

4 administrator of the estate of Jacob Green, deceased, the party of

5 the first part, and The Roman Catholic Bishop of Great Falls,

6 Montana, a corporation sole, the party of the second part,

7 witnesseth:

8    That whereas, on the 2nd day of February, 1955, the Judge of

9 the District Court of the Fifteenth Judicial District of the State

10 of Montana, in and for the County of Roosevelt, made an order of

11 sale authorizing the said party of the first part to sell certain

12 real property belonging to said estate situated in the aforesaid

13 county and state, and specified and particularly described in said

14 order of sale, which order is now on file and of record in said

15 court and is hereby referred to and made a part of this indenture;

16    And whereas, under and by virtue of said order of sale, said

17 party of the first part on the 29th day of February, 1955, sold

18 said real property subject to confirmation by said court, to said

19 party of the second part, for the sum of One thousand two hundred

20 eighty-five and no/100 Dollars ($1,285.00);

21    And whereas said court, on the 24th day of March, 1955, made

22 an order confirming said sale, and directing a conveyance to be

23 executed to the said party of the second part, a certified copy

24 of which order of confirmation was recorded in the office of the

25 county clerk and recorder of the county of Roosevelt, State of

26 Montana, on the 25th day of March, 1955, at 2:55 o'clock,

27 P. M., and which order of confirmation now on file and of record

28 in said court, with the said record thereof in said recorder's

29 office, is hereby referred to and made a part of this indenture;

30    Now, therefore, the said A. J. Isachsen, administrator of

31 the estate of Jacob Green, deceased, the party of the first part,

32 pursuant to the order last aforesaid of the said court, for and in

1 | consideration of the sum of One thousand two hundred eighty-five
2 | and no/100 Dollars ($1285.00), to him in hand paid by the said
3 | party of the second part, the receipt whereof is hereby acknow-
4 | ledged, has granted, bargained, sold and conveyed, and by these
5 | presents does grant, bargain, sell and convey unto the said party
6 | of the second part, his assigns forever, all the right, title,
7 | interest and estate of the said Jacob Green, deceased, at the time
8 | of his death, and also all the right, title and interest that the
9 | said estate, by operation of law or otherwise, may have acquired,
10 | other than or in addition to that of the said intestate at the time
11 | of his death, in and to all that certain real property situated
12 | in said county of Roosevelt, State of Montana, and particularly
13 | described as follows, to-wit:

14 | Lots 6, 7, and 8, of Block 9 of Cushing's First Addition
    | to Culbertson, Roosevelt County, Montana,
15 |
    | Together with the tenements, hereditaments and appurtenances
16 | whatsoever to the same belonging or in anywise appertaining;
17 |
    | To have and to hold, all and singular, the above-mentioned
18 | and described premises, together with the appurtenances, unto the
19 | said party of the second part, his assigns forever.
20 |
    | In witness whereof, the said party of the first part,
21 | administrator as aforesaid, has hereunto set his hand and seal the
22 | day and year first above written.
23 |
24 |                                               _____(SEAL)
    |                            Administrator of the Estate of Jacob
25 | STATE OF MONTANA        )                    Green, deceased.
    |                        ) SS.
26 | COUNTY OF ROOSEVELT     )
27 | On this 25th day of March, 1955, before me, Larry Persson,
28 | a notary public in and for the said county of Roosevelt, State of
29 | Montana, personally appeared A. J. Isachsen, known to me to be the
30 | person whose name is subscribed to the within instrument, as the
31 | administrator of the estate of Jacob Green, deceased, and acknow-
32 | ledged to me that he, as such administrator, executed the same.

- 2 -

BOOK 171 PAGE 31

1  In witness whereof, I have hereunto set my hand and affixed
2  my official seal at the said county of Roosevelt, the day and year
3  in this certificate first above written.

Notary public for the State of Montana
Residing at Wolf Point, Montana
My Commission expires December 31, 1957



9
10
11
12
13    S. H. McKay 22, 1955
14
15
16
17
18                                    2730814
19    State of Montana. } ss.
      County of Roosevelt. }
20                                    Filed for Record
21    this 23rd day of May
      A. D. 19 55 at 1:00 o'clock P. M
22    and duly recorded in volume 171 of Deeds
      incl.
23    pages 29-31 Records of Roosevelt County.
      Montana,
24                  Eleanor A. Schmaltzer
                    County Recorder.
25                  Marie M. Tennow
                    Deputy.
26    Fee $3.00 pd.
27    Rev. Joseph S. Herctick,
      St. Anthony's Church,
28    Culbertson, Montana
29
30
31
32

- 3 -

# S⴪. Bernard (Billings)

# WARRANTY DEED

For Value Received I, MIRIAM T. McCRACKEN, a single woman of Billings, Montana

the grantor , do hereby grant, bargain, sell and convey unto ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, a corporation sole .

the grantee , the following described premises, in. Yellowstone County, Montana, to-wit:

That part of the N½NE½NW¼ of Section 22, Township 1 North, Range 26 East of the Principal Meridian, Yellowstone County, Montana more particularly described as Tract Two of Certificate of Survey No. 1194 on file in the office of the Clerk and Recorder of said county under Document No. 885539

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee , its successors heirs and assigns forever. And the said Grantor does hereby convenant to and with the said Grantee , that she is the owner in fee simple of said premises; that they are free from all incumbrances except reservations and exceptions in the patent and visible and recorded easements and taxes coming due in the year 1971 and years thereafter

and that she will warrant and defend the same from all lawful claims whatsoever.

Dated:

July 12, 1971

_Miriam T McCracken_
Miriam T. McCracken

---

STATE OF MONTANA, COUNTY OF Yellowstone
On this 12th day of July , 1971 , before me, a notary public in and for said State, personally appeared MIRIAM T. McCRACKEN, a single woman

known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

Notary Public
Residing at Billings , Montana
Comm. Expires Sept 18, 1973

STATE OF MONTANA, COUNTY OF
I hereby certify that this instrument was filed for record at the request of

at                 minutes past            o'clock    m.,
this                         day of
19   , in my office, and duly recorded in Book
of Deeds at page

Ex-Officio Recorder

By_____ Deputy.
Fees $
Mail to:

INSTRUMENT NO.

"Under All the Land — The Title"

COMPLIMENTS OF

Land Title
Guaranty Company
401 1ST AVE. SOUTH
GREAT FALLS, MONTANA
PHONE GLENDALE 3-2041

Member of
AMERICAN TITLE ASSOCIATION

Dependable Title Service

Title Insurance -- Abstracts

Famous

COMPLETE TITLE SERVICE

WARRANTY
Deed
586613

FROM
Miriam T. McCracken

to

Roman Catholic Bishop of
Great Falls

312473-76

STATE OF MONTANA }
County of Yellowstone } ss.

I hereby certify that the within instrument was filed in my office for record
on this ____ 12th ____ day of
____ July ____ 19 81 at 2:50
o'clock ____ P.M., and is duly recorded
in Book 963 of ____ Deeds ____ on
Page ____

Witness my hand and official seal
MERRILL H. KLUNDT,
County Recorder

By _____ Deputy

Fees $ 2.00 pd by chk

Return to:
Bob Reilly Realty
Midland National Bank Bldg.
Billings, Montana

When recorded return to:

# CERTIFICATE of SURVEY NO. 2352

INCLUDES: TRACT 2, CERT of SURVEY NO. 1194 and VACATED LOTS 14 THROUGH 18,
BLOCK 2 and A VACATED PORTION OF ST. BERNARD DRIVE, McCRACKEN SUBDIVISION,
SECOND FILING

LOCATED IN THE NE1/4 NW1/4 SECTION 22, T.1 N, R.26 E., P.M.M.,
YELLOWSTONE COUNTY, MONTANA

FOR: ROMAN CATHOLIC DIOCESE OF GREAT FALLS/BILLINGS, MONTANA
BY: DELTA SURVEYS, BILLINGS, MONTANA

SEPTEMBER, 1988

BOOK 1232 PAGE 2071

**STATE OF MONTANA,**  } ss.
County of ...............

Filed for record this ........ day of ................................ 19...... at ........ o'clock ...... M., and
Recorded in Book ...... of Deeds on Page ...... of the Records of County of ................................
State of Montana. ................................ Clerk and Recorder By ................................

NO. 8 — WARRANTY DEED — SHORT FORM — PHOTO

This Indenture, Made the ........6th........ day of ....NOVEMBER....
A. D., one thousand nine hundred and ....EIGHTY-ONE....
BETWEEN ....FRANK O. MOSSMAN AND ARLENE A. MOSSMAN, HUSBAND AND....
....WIFE....
....BILLINGS, MONTANA.................... parties.... of the FIRST PART,
and THE ROMAN CATHOLIC BISHOP DIOCESE OF GREAT FALLS AND BILLINGS, of
....226 Wicks........ Billings........ MONTANA....

8A ................................ the part...Y.... of the SECOND PART,

WITNESSETH, that the said part....IES.... of the FIRST PART, for and in consideration of the
sum of ....ONE DOLLAR AND OTHER VALUABLE CONSIDERATION. Dollars ($1.00 OVC )
lawful money of the United States of America to ....THEM.... in hand paid by said part.... of the
SECOND PART, the receipt whereof is hereby acknowledged; do ................ by these presents grant,
bargain, sell, convey, warrant and confirm unto the said part....Y.... of the SECOND PART, and to
....ITS.... heirs and assigns forever, the hereinafter described real estate situated in the ................
................ County of ....YELLOWSTONE.... and State of
Montana, to-wit: ....LOT 14, IN BLOCK 2, OF McCRACKEN SUBDIVISION, SECOND
FILING, YELLOWSTONE COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT
THEREOF ON FILE IN THE OFFICE OF THE CLERK AND RECORDER OF SAID COUNTY
UNDER DOCUMENT NO. 912112.

SUBJECT TO RESERVATIONS, RESTRICTIONS AND EASEMENTS OF RECORD.

TOGETHER with all and singular the hereinafter described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said part.... IES of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging. TO HAVE AND TO HOLD, all and singular the above-mentioned and described premises unto the said part....Y.... of the SECOND PART, and to ................ ITS ................ heirs and assigns forever.
And the said part....IES.... of the FIRST PART, and ................ THEIR ................ heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part....Y.... of the SECOND PART ....ITS.... heirs and assigns, against all acts and deeds of the said part....IES.... of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part....IES.... of the FIRST PART ha....VE.... hereunto set ....THEIR.... hand....S.... and seal....S.... the day and year first hereinbefore written.

Signed, Sealed and Delivered in
the presence of
................................ ................................ (SEAL)
................................ Arlene C. Mossman (SEAL)
................................ ................................ (SEAL)
................................ ................................ (SEAL)

**STATE OF MONTANA,**  } ss.
County of ....YELLOWSTONE....

On this ....6th.... day of ....NOVEMBER.... in the year nineteen hundred and
....EIGHTY-ONE.... before me, ....THE UNDERSIGNED.... a Notary Public
for the State of Montana, personally appeared ....FRANK O. MOSSMAN AND ARLENE A.
....MOSSMAN,....

known to me,
................................
to be the person....S.... whose name....S ARE subscribed to the within instrument and acknowledged to me
that ........THEY........ executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial
Seal the day and year first above written.

................................
Notary Public for the State of Montana.
Residing at ....BILLINGS, MONTANA.... My Commission expires ....8-7-198....

BOOK 1333 PAGE 2072

# WARRANTY DEED

STATE OF MONTANA

I hereby certify that the within
instrument was filed for record in my office...

Recorded in Book 1333 of the Records of Deeds...

Yellowstone County

Meredith H. Chuck,
County Clerk and Recorder

By _____ Deputy

## STATE OF MONTANA.

County of.................. } ss.

BOOK 1292 PAGE 2069

Filed for record this.......day of..........................19......, at.......o'clock....M., and
Recorded in Book.......of Deeds on Page.......of the Records of County of.......................
State of Montana. .................................... Clerk and Recorder. By...........................

NO. 8 — WARRANTY DEED — SHORT FORM — PROTO

This Indenture, Made the...........................day of...NOVEMBER..........
A. D. one thousand nine hundred and...EIGHTY-ONE...............................
BETWEEN...RAYMOND U. DEGENHART AND EVELYN U. DEGENHART, HUSBAND
AND WIFE.................................................................................
.............BILLINGS, MONTANA.........................................part 1ES of the FIRST PART
and..THE ROMAN CATHOLIC BISHOP DIOCESE OF GREAT FALLS AND BILLINGS
..326 Micks.......Billings.......................MONTANA.......................

of...............................................................the part.....Y...of the SECOND PART.

WITNESSETH, that the said part.1ES of the FIRST PART, for and in consideration of the
sum of..ONE DOLLAR AND OTHER VALUABLE CONSIDERATION Dollars ($.1.00 0.00..)
lawful money of the United States of America to...THEM.......in hand paid by said part.Y....of the
SECOND PART, the receipt whereof is hereby acknowledged; do..............by these presents grant,
bargain, sell, convey, warrant and confirm unto the said part.Y....of the SECOND PART, and to
ITS....heirs and assigns forever, the hereinafter described real estate situated in the said of RANKEN
.......................County of....YELLOWSTONE............................and State of
Montana, to-wit:...LOTS 15, 16 AND 18, IN BLOCK 2, OF McCRACKEN SUBDIVISION,
SECOND FILING, YELLOWSTONE COUNTY, MONTANA, ACCORDING TO THE OFFICIAL
PLAT THEREOF ON FILE IN THE OFFICE OF THE CLERK AND RECORDER OF SAID
COUNTY UNDER DOCUMENT No. 912712.

SUBJECT TO RESERVATIONS, RESTRICTIONS AND EASEMENTS OF RECORD.

TOGETHER with all and singular the hereinbefore described premises together with all tenements, heredita-
ments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, re-
mainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of
dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said
part...... of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appur-
tenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above-mentioned and described prem-
ises unto the said part.Y....of the SECOND PART, and to......ITS...........................heirs and assigns forever.
And the said part.1ES of the FIRST PART, and......THEIR................heirs, do hereby covenant that
they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet
and peaceable possession thereof, unto the said part.Y....of the SECOND PART 1.1.E. heirs and assigns, against
all acts and deeds of the said part.1ES of the FIRST PART, and all and every person and persons whomso-
ever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part..1ES...of the FIRST PART ha.VE............here-
unto set...THEIR....hand.S.... and seal.S........the day and year first hereinbefore written.

Signed, Sealed and Delivered in .
the presence of

...............................................(SEAL)
...............................................(SEAL)
...............................................(SEAL)
...............................................(SEAL)

## STATE OF MONTANA,

County of....YELLOWSTONE............ } ss.

On this............................day of....NOVEMBER........in the year nineteen hundred and
EIGHTY-ONE......................before me...THE UNDERSIGNED...............a Notary Public
for the State of Montana, personally appeared....RAYMOND U. DEGENHART AND EVELYN.
E. DEGENHART........................................................................

known to me..

...(name)....................................................................................
to be the person.S.... whose name.S....S subscribed to the within instrument, and acknowledged to me
that......he, ....... executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial
Seal the day and year first above written.

...............................................
Notary Public for the State of Montana.
Residing at....BILLINGS, MONTANA...........My Commission expires:....................19....

BOOK 1282 PAGE 2070

12455363

WARRANTY DEED

STATE OF MONTANA,
County of Yellowstone

Recorded in Book 1282
at Page 2070 of the Records of
Deeds

County Clerk and Recorder
By _____ Deputy

## R E S O L U T I O N

The following Resolution, introduced by Commissioner ___Gorton___,

who moved its adoption, was seconded by Commissioner ___McClintock___, and

was ___unanimously___ adopted:

WHEREAS, a Petition was filed on September 13, 1982 with the Board of County

Commissioners of Yellowstone County, requesting abandonment of the following

County Road:

> The westernmost 40 feet of St. Bernard Drive, located
> in McCracken Subdivision, Second Filing, situated in
> the NE¼NW¼ of Section 22, Township 1 North, Range 26
> East, P.M.M.

AND WHEREAS, proper notice has been given by publication, posting and

mailing of notices, and

WHEREAS, upon the appointed day for the hearing on said Petition, namely,

November 9, 1982, at 10:00 o'clock a.m., no persons appeared to oppose said

proposed abandonment and no written protests were filed.

NOW, THEREFORE, IT IS HEREBY RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS

OF YELLOWSTONE COUNTY, MONTANA, that the above-mentioned petition is hereby granted.

PASSED AND ADOPTED by the Board of County Commissioners of Yellowstone

County, Montana, this ___16th___ day of ___November___, 1982;

EFFECTIVE DATE of Resolution: ___December 16, 1982___.

BOARD OF COUNTY COMMISSIONERS,
YELLOWSTONE COUNTY, MONTANA

_H. E. McClintock, Chairman_

_Jim Straw, Member_

_Dave Gorton, Member_

(SEAL)

ATTEST:

_Merrill H. Klundt, Clerk and Recorder_

STATE OF MONTANA )
                 )
County of Yellowstone )

On this 16th day of November, 1982, before me, the undersigned,
a Notary Public for the State of Montana, personally appeared M. E. McClintock
and Dave Gorton to me known to be the 2d members of the Board of
County Commissioners that executed the within instrument and acknowledged to me that
such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal
the day and year in this certificate first above written.

(SEAL)

_Notary Public for the State of Montana_
Residing at Billings, Montana
My Commission expires: ___6-20-85___

DOC 1241 PAGE 3055

1246556

YELLOWSTONE COUNTY, MONTANA

Partridge

Re: Abandonment
St. Benedick Re.

STATE OF MONTANA,
County of Yellowstone, } ss.

I hereby certify that the within instrument was filed in my office for record on this ___
day of NOV 18 1982 19___
at 10=35 o'clock A M, and is duly recorded in Book 1241
on Page 3055.

Witness my hand and official seal
MERRILL H. KLUNDT
County Clerk & Recorder
By _____ Deputy

County Files

# RESOLUTION

The following Resolution, introduced by Commissioner Corton
who moved its adoption, was seconded by Commissioner MacKay
and was _____ July _____ adopted:

WHEREAS, a Petition was filed on June 27, 1983, with the Board of
County Commissioners of Yellowstone County, requesting abandonment of
the following:

> St. Bernard Drive and Sarah Circle, located in McCracken
> Subdivision, Second Filing, situated in the NE¼NW¼ of
> Section 22, Township 1 North, Range 26 East, P.M.M.

AND WHEREAS, proper notice has been given by publication, posting
and mailing of notices, and

WHEREAS, upon the appointed day for the hearing on said Petition,
namely, _____ July 5, 1983 _____, at ___10:30___ o'clock a.m., no persons
appeared to oppose said proposed abandonment and no written protests
were filed.

NOW, THEREFORE, IT IS HEREBY RESOLVED BY THE BOARD OF COUNTY COM-
MISSIONERS OF YELLOWSTONE COUNTY, MONTANA, that the above-mentioned
petition is hereby granted subject to a 20 foot strip on the south side
of WicksLane being deeded to the County for road purposes and Lots 1A
and 2A each being limited to one (1) forty foot (40') wide access onto
Wicks Lane, with the access from Lot 1A to be directly south of the
present intersection of Cody Drive and Wicks Lane.

PASSED AND ADOPTED by the Board of County Commissioners of Yellow-
stone County, Montana, this ___6___ day of _____ July _____, 1983.

EFFECTIVE DATE of Resolution: ___August 5, 1983___

BOARD OF COUNTY COMMISSIONERS
YELLOWSTONE COUNTY, MONTANA

Dave Corton, Chairman

Jim Straw, Member

Dwight MacKay

(SEAL)

ATTEST:

Morrill H. Klundt, Clerk and Recorder

BOOK 1249 PAGE 3668

1271460

STATE OF MONTANA, ) ss.
County of Yellowstone, )

I hereby certify that the within instrument was filed in my office for record on this ___ day of July 8 1992 at 2:45 o'clock P.M., and is duly recorded ... in P'ge 3668

Witness my hand and official seal.
MERRILL H. ............
County Clerk & Recorder
By ............ Deputy

# St. Bernard (Charlie Creek)

STATE OF MONTANA } ss.
County of Richland

Filed for record this ...8.TH... day of ...May... 1973 A.D. at 11:20 o'clock A.M.

and duly recorded in Book...A-109... Page...368... of...Deeds...Records.

FEE PAID $ 2.00

RETURN TO...Fred Scott...

...............

Helen Gierke
Clerk and Recorder
By...Germaine Paladichuk

## Know All Men by These Presents:

That TRIANGLE THREE, INC.,

a corporation, organized and existing under the laws of the State of ...Montana...
in consideration of the sum of One and No/100 and other valuable consideration Dollars
($1.00 ove.....), the receipt whereof is hereby admitted, does hereby grant, bargain, sell, convey
and confirm unto ROMAN CATHOLIC BISHOP OF GREAT FALLS, A Corporation Sole

and to ........its successors.........and assigns, FOREVER, the
following described real property, situated in the city or town of......Sidney......
County of.......Richland......, State of Montana, to-wit:

The surface only of Lots 1, 2, 3, 4, 5, Block 74 of Kenoyer's First Addition to
the Townsite of Sidney, Montana, according to the official plat thereof on file in
the office of the Clerk and Recorder of Richland County, Montana.

Reserving unto first party, its successors and assigns, all oil, gas and other
minerals including but not limited to metals, oil, gas, coal, stone and other
mineral rights, mining rights and easement rights or other matters relating
thereto, whether expressed or implied.

TOGETHER, with all and singular the tenements, hereditaments, ...............
...............and appurtenances thereto belonging or in anywise appertaining.

And the said GRANTOR hereby covenants that it will forever WARRANT and DEFEND
all right, title, and interest in and to said premises, and the quiet and peaceable possession thereof, unto
the said GRANTEE........its successors........and assigns, against the
acts and deeds of said grantor, and all and every person and persons whomsoever lawfully claiming or
to claim the same.

IN WITNESS WHEREOF, said GRANTOR has caused its corporate name to be subscribed
and its corporate seal to be affixed, by its proper officers, thereunto duly authorized, on this...............
day of......April...... A. D. 19.73...

TRIANGLE THREE, INC.

ATTEST:                                      By...Robert A. Torgerson...
...Secretary...                                                    President

STATE OF MONTANA,
County of......Richland...... } ss.

On this...............day of......April...............in the year 19.73..., before me
...Torgerson and Norway, a...Notary Public for the State of Montana, personally appeared...Robert A.
(known to me or proved to me on oath of........................................)
to be the President and Secretary........of the corporation that executed the within instrument
and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official
Seal the day and year in this certificate first above written.

...Arthur D. Geiger...
Notary Public for the State of Montana.

Residing at......Sidney, Montana          My Commission expires.....7-13...19.73...

NOTE — Acknowledgment should be made by either president or secretary.

**STATE OF MONTANA,**

County of _Richland_ } ss.    **335507**

Filed for record this _17_ day of _November_ 19 74 at 9:30 o'clock _A._ M. and Recorded in Book _A111_ of Deeds on Page _171_ of the Records of County of _Richland_ State of Montana. _Witness my hand_ Clerk and Recorder By _Grace Tuleliek_

NO. 8 — WARRANTY DEED — SHORT FORM — PHOTO _Fee $2.00_

---

This Indenture, Made the _14th_ day of _August_ A. D. one thousand nine hundred and _____ Seventy-three _____

BETWEEN _____ ROY FINK and ISABELLA E. FINK, husband and wife, _____ of
_____ Sidney, Montana, _____ part _ies_ of the FIRST PART
and _____ of
ROMAN CATHOLIC BISHOP DIOCESE OF GREAT FALLS, a corporation sole, of _____ the part _y_ of the SECOND PART;

WITNESSETH, that the said part _ies_ of the FIRST PART, for and in consideration of the sum of _One Dollar & other valuable considerations_ Dollars _($ 1.00 ONC.)_ lawful money of the United States of America to _them_ in hand paid by said part _y_ of the SECOND PART, the receipt whereof is hereby acknowledged; do _____ by these presents grant, bargain, sell, convey, warrant and confirm unto the said part _y_ of the SECOND PART, and to _its_ successors _and to_ assigns forever, the hereinafter described real estate situated in the city or town of _Sidney_, County of _Richland_, and State of Montana, to-wit:

Lot Numbered Six (6) in Block Numbered Seventy-four (74) of Kenoyer's First Addition to Sidney, Montana, according to the plat thereof on file and of record in the office of the County Clerk and Recorder of Richland County, Montana.

TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said part _ies_ of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said part _y_ of the SECOND PART, and to _its successors_ _and_ and assigns forever.

And the said part _ies_ of the FIRST PART, and _their_ heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part _y_ of the SECOND PART _its_ _successors_ and assigns, against all acts and deeds of the said part _ies_ of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

---

IN WITNESS WHEREOF, the said part _ies_ of the FIRST PART ha _ve_ hereunto set _their_ hand _s_ and seal _s_ the day and year first hereinbefore written.

Signed, Sealed and Delivered in the presence of

_____ _Roy Fink_ _____ (SEAL)
ROY FINK

_____ _Isabella E. Fink_ _____ (SEAL)
ISABELLA E. FINK

_____ (SEAL)

_____ (SEAL)

---

**STATE OF MONTANA,** } ss.
County of _____ RICHLAND _____

On this _____ _14th_ day of _August_ in the year nineteen hundred and Seventy-three before me _____ V. G. Koch _____ a Notary Public for the State of Montana, personally appeared _____ ROY FINK and ISABELLA E. FINK husband and wife

known to me _____
(or proved to me on oath of _____ )
to be the person _s_ whose name _s_ are subscribed to the within instrument and acknowledged to me that _____ the _y_ _____ executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

_____ _V. G. Koch_ _____
Notary Public for the State of Montana.
Residing at _____ Sidney, Montana _____ My Commission expires _____ February 4, 19 73.

Return to: St. Matthews Church - Box 391 - Sidney, Mont.

## WARRANTY DEED

FOR VALUE RECEIVED, ROY FINK FARMS, a partnership, the "Grantor", by and through HAROLD FINK, its manager pursuant to the Roy Fink Farms Partnership Agreement dated November 23, 1983, filed in Book E194, pp. 400-410, of 114 9th Avenue Southwest, Sidney, Montana 59279, does hereby grant, bargain, sell and convey unto THE ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, a corporation sole, of P.O. Box 1399, Great Falls, Montana, the "Grantee", and to Grantee's successors and assigns the following described premises, in Richland County, Montana, to-wit:

> Lot 7, Block 74 of Kenoyer's First Addition to the Townsite of Sidney, Montana, according to the official plat thereof on file in the office of the Clerk and Recorder of Richland County, Montana.
>
> TOGETHER WITH all and singular the tenements, hereditaments and appurtenances thereunto belonging or anywise appertaining.
>
> SUBJECT TO any and all easements of record, visible easements and liens for taxes and assessments for the year 1998 and following years.

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee, and to Grantee's successors and assigns forever. Said Grantor does hereby covenant to and with the said Grantee, that Grantor is the owner in fee simple of said premises; that it is free from all encumbrances except as noted above and that Grantor will warrant and defend the same from all lawful claims whatsoever.

DATED this 10th day of ~~January~~, February 1998.

ROY FINK FARMS, a partnership

By _Harold Fink_

Harold Fink, Managing Partner

STATE OF MONTANA )

                   : ss

County of Richland )

On this 10ᵗʰ day of ~~January~~ February, 1998, before the undersigned, a Notary Public in and for the State of Montana, personally appeared HAROLD FINK, known to me to be the managing partner of the partnership that executed the within instrument, and acknowledged to me that he executed the same on behalf of the partnership and all partners.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year first hereinabove written.

(NOTARIAL SEAL)

Notary Public for the State of Montana
Residing at _Sidney, MT_
My commission expires: _7-12-00_

**492346**
STATE OF MONTANA
COUNTY OF RICHLAND

Filed for record this 13th day of
February A.D. 1998 at 11:12 A.M.
and recorded in Book A-139 at page
969-970 of Deed records.

Elmina R. Cook        Fee: $12.00
Clerk and Recorder
by Sharon McMillen

            Return:

            Netzer Law Office
            114 3rd St. S.W.
            Sidney, MT 59270

# ST. JOHN THE EVANGELIST (BAKER)

**This Indenture,** Made the......3 rd......... day of....S.e.p.t........

A. D. one thousand nine hundred and...Fifty-one to two.....

**BETWEEN**

......WILLIAM O'LOUGHLIN and DARLENE E. O'LOUGHLIN, his wife,.......................of

......Billings, Montana..........................part.ies.of the FIRST.PART

and ...THE ROMAN CATHOLIC BISHOP OF THE GREAT FALLS DIOCESE, A corporation, sole of.

......Great Falls, Montana ........................the part.y...of the SECOND PART;

WITNESSETH, that the said part.ies.of the FIRST PART, for and in consideration of the sum of ..One and other valuable consideration.....................Dollars ($1.00.........)

lawful money of the United States of America to....them....in hand paid by said part.y...of the SECOND PART, the receipt whereof is hereby acknowledged; do................by these presents grant, bargain, sell, convey, warrant and confirm unto the said part.y.......of the SECOND PART, and to ...his successors.and assigns forever, the hereinafter described real estate situated in the city or town of ........................................., County of........Fallon....................... and State of

Montana, to-wit:

A tract of land containing approximately 6.4 acres, being a part of the Southeast Quarter (SE¼) of Section Fourteen (14) in Township Seven (7) North of Range Fifty-nine (59) East of the M. P. M., the external boundaries of which are bounded by the following described lines: BEGINNING at a point 1453.2 feet South of the quarter corner between Sections 13 and 14 in said township and range and 64.6 feet west of the section line between said sections; running thence westerly N. 89° 50' West for 569.9 feet, thence south 512.0 feet, thence East 569.8 feet, thence North 510.4 feet to the point of beginning.

TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim, and demand whatsoever, as well in law as in equity, of the said part.ies.of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said party of the SECOND PART, and to.... his successors. terms and assigns forever.

And the said part.ies ....of the FIRST PART, and.... their......heirs, do........hereby covenant that.....they....will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part.y..........of the SECOND PART his heirs and assigns, against all acts and deeds of the said part.ies.........of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part.ies.of the FIRST PART ha ve................hereunto set.....their.......hand s......and seal s.....the day and year first hereinbefore written.

Signed, Sealed and Delivered in    William O Loughli.......(SEAL)
the presence of

Eleanor O'Loughlin    Darlene E O'Loughlin.......(SEAL)

.................................................................(SEAL)

.................................................................(SEAL)

BOOK 32 PAGE 36

STATE OF MONTANA,
County of Yellowstone

On this ___3rd___ day of ___January___ in the year nineteen hundred and

Fifty-one ___ before me ___ Pm Meat ___ a Notary Public

for the State of Montana, personally appeared

William O'Loughlin and Darlene E. O'Loughlin, his wife,

known to me ___

(or proved to me on oath of ___ )

to be the person s whose name s are subscribed to the within instrument and acknowledged to me

that ___ they ___ executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial

Seal the day and year first above written.

_W. Meat_
Notary Public for the State of Montana.

Residing at _Billings, Mont_

My Commission expires _Dec. P.O., 1953_

---

WARRANTY DEED
(S.F.)

111374

Dated ___ 19__

TO

STATE OF MONTANA,
County of ___ Fallon ___ ss.

Filed for Record this 3rd day of
September ___ , A. D. 19 52
at 4:3-55 o'clock P. M., and
Recorded in Book ___ of Deeds
on Page ___ of the Records of
County of ___ Fallon
State of ___ Montana
R. R. Stevens
County Clerk and Recorder.

By ___ Deputy.

Fees $ 1.25.

Return to ___

**This Indenture,** *Made the* __26th__ *day of* __October__

*A. D. one thousand nine hundred and* __Fifty-three__

*BETWEEN* __IDA WILD, of Helena, Montana,__

_____ ##

_____ *party* ___ *of the FIRST PART*

*and* __ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, a Corporation__
__Sole__, _____ *the part* __y__ *of the SECOND PART;*

*WITNESSETH, that the said part* __y__ *of the FIRST PART, for and in consideration of the*

*sum of* __Five Thousand and no/100 - - - - - - - - - -__ *Dollars* __($5,000.00—)__

*lawful money of the United States of America to* __her__ _____ *in hand paid by said part* __y__ *of the*

*SECOND PART, the receipt whereof is hereby acknowledged; doe* __s__ _____ *by these presents grant,*

*bargain, sell, convey, warrant and confirm unto the said party* _____ *of the SECOND PART, and to*

__his__ *heirs and assigns forever, the hereinafter described real estate situated in the city or town of*

_____, *County of* __Fallon__ _____, *and State of*

*Montana, to-wit:* _____

> __That certain tract of land, being a part of the SW¼ of Sec 13,__
> __in Twp 7N, Rge 59E M.P.M., described by metes and bounds as__
> __follows, to-wit: Beginning at a point 66 feet south of the__
> __southeast corner of Block 20, in the Savage Addition to the City__
> __of Baker, Montana, running thence westerly along the south boundary__
> __of Center Avenue in said Addition a distance of 300 feet to a__
> __point, thence south along the west line of said Block 20, as__
> __projected, 300 feet, to a point, thence East, parallel to said__
> __Center Street, 300 feet to a point, thence north 300 feet to the__
> __point of beginning.__

> __Vendor Reserves all minerals in and under said described land.__
> __Vendor warrants and guarantys that said described land will for-__
> __ever be free from trespass and entry for purposes of exploration__
> __and development of any minerals reserved, and vendor does not__
> __reserve right of entry or right of ingress and egress for such__
> __purposes, or for any purposes, right is however reserved by__
> __Grantor to remove minerals by directional drilling or mining of__
> __the same or for the same.__

*TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim, and demand whatsoever, as well in law as in equity, of the said part* __y__ *of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said party of the SECOND PART, and to* __has__ _____ *heirs and assigns forever.*

*And the said part* __y__ *of the FIRST PART, and* __her__ *heirs, doe* __s__ *hereby covenant that* __she__ *will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said party* _____ *of the SECOND PART* __his__ *heirs and assigns, against all acts and deeds of the said party* _____ *of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.*

*IN WITNESS WHEREOF, the said part* __y__ *of the FIRST PART has* _____ *hereunto set* __her__ *hand and seal* _____ *the day and year first hereinbefore written.*

*Signed, Sealed and Delivered in the presence of*

_____    } __Ida Wild__ _____ (SEAL)

_____    } _____ (SEAL)

_____    } _____ (SEAL)

_____    } _____ (SEAL)