STATE OF MONTANA, } ss.

County of ......Fallon.....................

On this........26th.................day of......October..........in the year nineteen hundred and

Fifty-three..............before me............Russell.L..Culver..............., a Notary Public

for the State of Montana, personally appeared.......Ida..Wild.........................................................

.................................................................................................................................................

known to me......personally..........................................................................................................

(or proved to me on oath of.......................................................................................................)

to be the person..........whose name....is..subscribed to the within instrument and acknowledged to me

that............she.............,........executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial

Seal the day and year first above written.

..............................Russell L. Culver..............
Notary Public for the State of Montana.

Residing at.....Baker,.Montana.................

My Commission expires..Nov.,.19,...........1954...

---

115986

**WARRANTY DEED**
(S.F.)

Ida Wild

TO

Roman Catholic Bishop of
Great Falls.

Dated..October 26.,.........19.53

STATE OF MONTANA, } ss.

County of ..Fallon...........

Filed for Record this...13..........day of
..January...................., A. D. 1954.
at...3:00.....o'clock.......P. M., and
Recorded in Book.................of Deeds
on Page.................of the Records of
County of....Fallon..........
State of....Montana.................

................................................
County Clerk and Recorder.

By........................................Deputy.

Fees $......1.25....

Return to..............................

and assigns, against all acts and deeds of the said parties of the FIRST PART, and all and

every person and persons whomsoever lawfully claiming or to claim the same.

Conveyance is made, however, subject to all taxes unpaid and subject to all taxes unpaid

and subject to all incumbrances made against said property by the grantee.

IN WITNESS WHEREOF, the said parties of the FIRST PART have hereunto set their hands

and seals the day and year first hereinbefore written.

Signed, Sealed and Delivered in the Presence of            Glen R Doering    (SEAL)

George Spaach                                              Pauline Doering (SEAL)

Russell B Mead.                                                             (SEAL)

                                                                           (SEAL)

STATE OF WISCONSIN)
                  (ss.
County of Clark   )

On this 16th day of October, in the year nineteen hundred and Thirty-five, before me

Russell B Mead, a Notary Public for the State of Wisconsin, personally appeared Glen R. Doer-

ing and Pauline Doering, husband and wife, known to me (or proved to me on oath of ----) to be

the persons whose names are subscribed to the within instrument and acknowledged to me that they

executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day

and year first above written.

          NOTARIAL                                  Russell B Mead.
                                                    Notary Public for the State of Wisconsin,
          SEAL                                      Residing at Greenwood, Wisconsin.
                                                    My Commission expires 5/10. 1936

Filed for record November 23, 1935 at 1:00 o'clock P.M.  Fee $1.50.
Charles M. Otter, Co. Clerk & Recorder.         Eva D. Dolan, Deputy.    COMPARED   ED
$§==$§$==$$§==$§$==$§$==$$==$$==$§$==$§$==$§$==$$§==$§$==$$§==$$==$§$==$$§==$§$==$$§==$§$==$$§==$$
74576    Declaration Not Taxed Mrs Ry 4/2
No. 8- WARRANTY DEED

THIS INDENTURE, Made the 4th. day of February A. D., one thousand nine hundred and

Thirty Five BETWEEN Lewis R. Williams and Genevieve E. Williams (his wife) of Webster- Fallon

County-Montana parties of the FIRST PART and The Roman Catholic Bishop of Great Falls- Montana

Sole Corporation the party of the SECOND PART;

WITNESSETH, That the said parties of the FIRST PART, for and in consideration of the

sum of ONE Dollars ($1.00) lawful money of the United States of America to them in hand paid

by said party of the SECOND PART, the receipt whereof is hereby acknowledged; do--- By these

presents grant, bargain, sell, convey, warrant and confirm unto the said party of the SECOND

PART, and to his heirs and assigns forever, the hereinafter described real estate situated in

the town of Webster, County of Fallon, and State of Montana, to-wit:

          beginning at a Point 396 feet West from the South East (SE) corner

          of the South East Quarter of the South West Quarter (SE¼ of the SW¼)

          of section Thirty (30) Township Four (4) North- Range Sixty (60) East.

          M.P.M. running West from said point 108 feet- thence North 165 feet-

          thence East 108 feet- thence South 165 feet to the place of beginning.

TOGETHER with all and singular the hereinbefore described premises together with all

tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and

the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and

also all the estate, right, title, interest, right of dower and right of homestead, possession,

claim, and demand whatsoever, as well in law as in equity, of the said parties of the FIRST

PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances

thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described pre-

mises unto the said party of the SECOND PART, and to his heirs and assigns forever.

And the said parties of the FIRST PART, and their heirs, do hereby covenant that they

will forever WARRANT and DEFEND all right, title and interest in and to the said premises and

the quiet and peaceable possession thereof, unto the said party of the SECOND PART his heirs and assigns, against all acts and deeds of the said parties of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said parties of the FIRST PART have hereunto set their hand and seal the day and year first hereinbefore written.

Signed, Sealed and Delivered in the Presence of

Genevieve E. Williams.

Lewis R. Williams . (SEAL)

Genevieve E Williams (SEAL)

STATE OF MONTANA, )
                   ) ss.
COUNTY OF FALLON )

(SEAL)

(SEAL)

On this 4th day of February in the year nineteen hundred and Thirty Five before me R W Marks, a Notary Public for the State of Montana, personally appeared Lewis R. Williams and Genevieve E. Williams (his wife) known to me (or proved to me on oath of ) to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

N O T A R I A L

S E A L

R. W. Marks
Notary Public for the State of Montana.
Residing at Baker
My Commission expires Aug 30, 1936

Filed for record Nov. 23, 1935 at 4:00 o'clock P.M.   Fee $1.50.
Charles M. Otter, Co. Clerk & Recorder.
$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$==$$
74587                                Eva C. Dolan, Deputy.            COMPARED        ED
No. 8A. WARRANTY DEED-Corporation-Short Form.

KNOW ALL MEN BY THESE PRESENTS:

That Baker Lodge No. 92, Independant Order of Odd Fellows, a corporation, a corporation, organized and existing under the laws of the State of Montana, in consideration of the sum of One and no/100 ---- Dollars ($1.00), the receipt whereof is hereby admitted, does hereby grant, bargain, sell, convey, warrant and confirm unto E. P. Meffert, of Baker, Montana, and to his heirs and assigns, FOREVER, the following described real property, situated in the city or town of Baker, County of Fallon, State of Montana, to-wit:

Lot Five (5), Block Two (2), Original Townsite of Baker, Montana

TOGETHER, with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining. This conveyance is made pursuant to a resolution of said Corporation, duly and regularly adopted at a meeting thereof, by the unanimous vote of the members present, who constituted a quorum, and said resolution was adopted in accordance with the by-laws of said corporation.

And the said GRANTOR hereby covenants that it will forever WARRANT and DEFEND all right, title, and interest in and to said premises, and the quiet and peaceable possession thereof, unto the said GRANTEE, his heirs and assigns, against the acts and deeds of said grantor, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, said GRANTOR has caused its corporate name to be subscribed and its corporate seal to be affixed, by its proper officers, thereunto duly authorized, on this 7th day of November, A. D. 1935.

Attest:

R. L. Bundlie,
          Secretary.

C O R P O R A T E

S E A L

By P. E Hubbard

M. M. Trout.

Fred Hasty
          Trustees.

STATE OF MONTANA, )
                   ) ss.
COUNTY OF FALLON )

to the United States all coal in the east half of the southeast quarter of said Section
Twenty-nine, the northeast quarter of the northeast quarter of said section thirty-two, and
the northwest quarter of the northeast quarter and the north half of the northwest quarter
of said section thirty-three, and to it, or persons authorized by it, the right to prospect
for, mine and remove coal from the same upon the compliance with the conditions of and
subject to the provisions and limitations of the Act of June 22, 1910 (36 Stat. 583)

IN TESTIMONY WHEREOF, I, Woodrow Wilson, President of the United States of America,
have caused these letters to be made Patent, and the seal of the General Land Office to
be hereunto affixed. Given under my hand in the District of Columbia, the twenty-second day
of January, in the year of our Lord one thousand nine hundred and twenty and of the
independence of the United States the one hundred and forty-fourth.

By the President     Woodrow Wilson

By     M. P. LeRoy     Secretary

L. Q. C. Lamar

SEAL OF THE GENERAL LAND OFFICE.     Recorder of the General Land Office.

RECORDED: Patent Number 729780

6-6020

Filed for record Feb. 17th., 1920 at One o'clock P.M.   Fee 95¢     D.

32935    Warranty Deed

THIS INDENTURE, Made the 11th day of February A. D. one thousand nine hundred and
twenty Between J. M. Comstock, R. E. Morris and F. F. Kolling, as trustees of the Bonnie
Vale Cemetry Association, a corporation of Baker, Fallon County, Montana party of the first
part; Roman Catholic Bishop of Great Falls, Montana, Sole Corporation of Great Falls,
Montana, the party of the second part;

WITNESSETH, That the said party of the first part for and in consideration of the sum
of Two Hundred and no/100 Dollars, ($200.00) lawful money of the United States of America
to it in hand paid by said party of the second part, the receipt whereof is hereby acknow-
ledged; does by these presents grant, bargain, sell, convey, warrant and confirm unto the
said party of the second part, and to its heirs and assigns forever, the hereinafter
described real estate, situated in the County of Fallon and State of Montana, to-wit:

All fo Section C of Bonnie Vale Cemetry located at Baker, Fallon County, Montana as
shown by the official plat now on record in the office of the County Clerk and Recorder
of said County and State which ground has been and is now being used for burial purposes.
50¢ U. S. Rev. Stamps attached and duly cancelled.

TOGETHER, with all and singular the hereinbefore described premises together with all
tenements, hereditaments, and appurtenances, thereto belonging, or in anywise appertaining,
and the reversion and reversions, remainder and remainders, rents, issues and profits there-
of; and also all the estate, right, title, interest, right of dower and right of homestead,
possession, claim and demand whatsoever, as well in law as in equity of the said party
of the first part, of, in or to the said premises, and every part and parcel thereof, with
the appurtenances thereto belonging. TO HAVE AND TO HOLD, all and singular the above ment-
ioned and described premises unto the said party of the second part, and to its heirs and
assigns forever.

And the said party of the first part, and its heirs, does hereby covenant that it will
forever WARRANT AND DEFEND all right, title and interest in and to the said premises and
the quiet and peaceable possession thereof, unto the said party of the second part its heirs
and assigns, against the acts and ends of the said party of the first part, and all and
every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF , the said party of the first part has hereunto set its hand and affixed its corporate seal the day and year first hereinbefore written.

Signed Sealed and Delivered in the presence of

| | | J. M. Comstock | (Seal) Trustee |
| L. C. Burns | CORPORATE | R. E. Morris | (Seal) Trustee |
| Jos. A. Munday Jr. | SEAL | F. F. Kelling | (Seal) Trustee |
| | | | (Seal) |

STATE OF MONTANA

County of Fallon    ss

On this 11 day of February in the year 19120 before me L. E. Rushton a Notary Public for the State of Montana personally appeared J. M. Comstock, R. E. Morris, and F. F. Kelling as trustees for the Ronnie Vale Cemetry Association known to me personally to be the persons whose names are subscribed to the within instrument, and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

L. E. Rushton

NOTARIAL SEAL

Notary Public for the State of Montana

Residing at Baker, Montana.

My commission expires March 8th, 1921

Filed for record Feb 17th, 1920 at 1 o'clock P. M. Fee $1.50                     rawana          S.

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

32944    No. 8 Warranty Deed

THIS INDENTURE, Made the 27th day of November A. D. one thousand nine hundred and eighteen Between J. L. Barstow and Mildred M. Barstow, husband and wife, of Baker parties of the first part; and H. S. Proctor of Baker the party of the second part;

WITNESSETH, That the said parties of the first part, for and in consideration of the sum of Two Hundred Sixty Dollars ($260) lawful money of the United States of America to them in hand paid by said party of the second part, the receipt whereof is hereby acknowledged; does by these presents grant, bargain, sell, convey, warrant and confirm unto the said party of the second part, and to his heirs and assigns forever, the hereinafter described real estate, situated in the city of Baker, County of Fallon, and State of Montana, to-wit:   Lot Three (3) of Block Thirty Three (33) in the Milwaukee Land Company's Second Addition to the City of Baker.   50¢ U. S. Rev. Stamps attached and duly cancelled.

TOGETHER, with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions remainder and remainders, rents, issues and profits thereof, and also all the estate, right, title, interest, right of dower and right of homestead, possession claim and demand whatsoever, as well in law as in equity, of the said parties of the first part, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said party of the second part and to his heirs and assigns forever.

And the said parties of the first part, and their heirs, does hereby covenant that they will forever WARRANT AND DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said party of the second part his heirs and assigns against the acts and deeds of the said parties of the first part, and all and every persons and persons whomsoever lawfully claiming or to claim the same. excepting any taxes and special assessments that may be assessed against said lot in the years of 1918 and 1919, which are assumed by the said second party.

## 115293
# CONTRACT OF SALE

THIS AGREEMENT, Made this ......14th...... day of .........October,......... 19 53.
IDA WILD, of Helena, Montana, hereinafter referred to as Vendor, &
ROMAN CATHOLIC BISHOP, The Diocese of Great Falls, a corporation sole, of Great
Falls, Montana,
.......................................................... hereinafter called purchaser....., WITNESSETH:

That the vendor.... hereby covenant.... and agree.... to sell to the purchaser...., and the purchaser ..
covenant... and agree... to buy from the vendor...., upon the terms and conditions hereinafter set forth,

that certain real property in.........Fallon.......................... County, Montana, described as follows, to-wit:
That certain tract of land, being a part of the SWį of Sec. 15, in Twp. 7, N., Rge.
59 E., M.P.M., described by metes and bounds as follows, to-wit: Beginning at a,
point 55 feet south of the southeast corner of Block 20, in the Savage Addition to
the City of Baker, Montana, running thence westerly along the south boundary of
Center Avenue in said Addition a distance of 300 feet to a point, thence south,
along the west line of said Block 20, as projected, 300 feet to a point, thence
East, parallel to said Center Street, 300 feet to a point, thence north 300 feet to
The agreed purchase price which the purchaser ..hereby covenant... and agree... to pay for said the
...... Five Thousand and no/100- - - - - - - - Dollars ($ 5000.00 . / point of
.......................................................... /beginning,

29% upon the execution of this contract;
71%, being the balance of the purchase price, on the
4th day of January, 1984,
no interest to be paid on this balance.

##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################
##############################################

All payments of principal and interest hereunder, with the exception of the down payment, are
to be made at................THE BANK OF BAKER, at Baker, Montana,
which is hereby designated as escrow agent for the purpose of carrying out this contract, and payments
so made shall be deposited to the account of the vendor.... in such bank or forwarded to................ her
.......................... upon .............. request.

This contract is being executed in triplicate originals, one to be retained by the vendor...., one by
the purchaser..... and the third is being delivered to said escrow agent together with a good and suffic-
ient warranty deed executed by the vendor...., conveying said property to the purchaser...., and the
vendor.... shall furnish an abstract of title showing clear and merchantable title to said land. Said
abstract, when completed, it to be deposited with and held by said escrow agent, but the purchaser....
shall have the right to withdraw said abstract and have a reasonable time for examination thereof,
after which it shall be redelivered to said escrow agent and held until final payment as herein provided.
If any defects in, or clouds upon title are discovered upon examination of the title, the vendor.... shall
have a reasonable time within which to cure such defects or remove such clouds upon title, and .......
covenant... and agree... that the title to be conveyed shall be clear and merchantable title.

Upon full payment of the purchase price and interest as herein provided, said escrow agent shall
deliver to the purchaser.... said warranty deed and abstract of title.

In case of the failure of the purchaser... to make any of the payment of principal, interest or taxes,
or to provide the insurance on the buildings as herein provided, the vendor... shall have the optional
right to serve upon the purchaser... a notice in writing calling attention to such delinquent payment
and allowing purchaser... thirty (30) days after service of such notice in which to make such delin-

quent payment and restore this contract to good standing. In case the purchaser.... shall then fail to make such delinquent payment within said period of thirty days, the vendor.... shall have the further optional right to serve upon the purchaser.... a second notice in writing, declaring all remaining payments under this contract immediately due and payable, and allowing the purchaser.... sixty (60) days after service of such second notice in which to make such remaining payments. In case the purchaser.... shall then fail to make such remaining payments within said sixty-day period, this contract shall be immediately terminated and cancelled and the vendor shall be entitled to immediate possession of such premises and shall retain all payments and all improvements made by the purchaser.... thereon in full payment of damages and as rent for such premises. Either or both of the notices herein provided for may be served by registered mail, addressed to the purchaser.... at .....Baker, Montana, and service of such notice shall be deemed complete whenever the same shall have been deposited in any United States Post Office, addressed to the purchaser.... at said address, with postage prepaid for registered mail. Time of payment shall be considered of the essence of this contract.

In the event of the cancellation of this contract for non-payment, said escrow agent shall redeliver said abstract of title and warranty deed to the vendor.... upon receiving proof of such cancellation.

Possession of the property sold shall be delivered as of the................... day of .....October...., 19...53 and the purchaser.... shall be entitled to such possession unless this contract shall be cancelled for non-payment as hereinbefore provided; and in that event the purchaser.... covenant.... and agree.... that upon such cancellation .... he.... will immediately surrender possession of the premises.

VENDOR RESERVES ALL MINERALS OF WHATSOEVER NATURE AND
VENDOR WARRANTS AND GUARANTYS that said described land will forever
be free from trespass and entry for purposes of exploration and development
of any minerals reserved, and vendor does not reserve right of entry or right
of ingress and egress for such purposes, or for any purposes. right is however
reserved by grantor to remove minerals by directional drilling or mining
of the same or for the same.

The covenants and agreements herein contained shall extend to and be binding upon the heirs, executors, administrators and assigns of the respective parties.

IN WITNESS WHEREOF, the respective parties have hereunto set their hands this ..14th.. day of ..........October...., 19.53.

| | |
|---|---|
| ..........Ida Wild.......... | ROMAN CATHOLIC BISHOP, The Diocese |
| VENDOR. | of Great Falls, a Corporation Sole, |
| | by: Father Leo Francis Janson |
| | Agent. |
| | PURCHASER. |

STATE OF MONTANA,
COUNTY OF ...FALLON...

On this ....14th.. day of ....October,..., 19..53, before me,....P. R. Young, Jr.,.., a Notary Public for the State of Montana, personally appeared ..........Father Leo Francis Janson, Agent of the Roman Catholic Bishop, The Diocese of Great Falls, a Corporation Sole, of Great Falls, Montana, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first in this certificate written.

P. R. Young Jr.
Notary Public for the State of Montana,
Residing at ..Baker,..........., Montana;
My Commission expires ....March 7,.. 1955.

STATE OF MONTANA) ss
COUNTY OF ..LEWIS & CLARK)

On this ..21.. day of October, 1953, before me ..........Alstærine................, a Notary Public for the State of Montana, personally appeared ..Ida Wild, known to me to be one of the persons whose names are subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my Notarial Seal the day and year first in this certificate written.

Alstærine
Notary Public for the State of Mont.
Residing at Helena, Montana
(SEAL)
My commission expires Mch 10-1955

STATE OF MONTANA, County of Fallon ....
19.52, 7.05 ..m, ....
at Page ....
R. P. Stevens
Luisa Wagner

# St. Joseph (Plentywood)

STATE OF MONTANA.
County of ..Sheridan.......... } ss.

Filed for record this ..12.. day of ..July.... 19..83.. at ..3:30.. o'clock ..P.. M. and
Recorded in Book ...... of Deeds on Page ..... of the Records of County of ..Sheridan..,
State of Montana. .........................., Clerk and Recorder By ..................

NO. 8 — WARRANTY DEED — SHORT FORM — PHOTO

FILM **534** PAGE **874**

This Indenture, Made the .......8th......................... day of ............July...............
A. D. one thousand nine hundred and ..eighty-three...............................................
BETWEEN ..JOHN SORENSEN, a single man, aka John Sorenson,.............
...............................................................................................of
..Plentywood, Montana 59254..................... part..Y.. of the FIRST PART
and ..THE ROMAN CATHOLIC BISHOP, a corporation sole, a Montana corporation.. of
..121 23rd South...................................................................................
..Great Falls, Montana 59401.................................................................
.......................................................................... the part..y.. of the SECOND PART;

WITNESSETH, that the said part..Y.. of the FIRST PART, for and in consideration of the
sum of ..Ten and More.......................... Dollars ($..10&MORE..........)
lawful money of the United States of America to ..him.......... in hand paid by said party...... of the
SECOND PART, the receipt whereof is hereby acknowledged; do..es.......... by these presents grant,
bargain, sell, convey, warrant and confirm unto the said part..y.. of the SECOND PART, and to
..its..his and assigns forever, the hereinafter described real estate situated in the city or town of
..Plentywood.................., County of ..........Sheridan.........., and State of
Montana, to-wit:

..............Lot Eight (8), Block One (1), Riba Second Addition
..................to the City of Plentywood, Montana...........................

TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said part..y.. of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said part..y.. of the SECOND PART, and to ..........its.................. heirs and assigns forever.

And the said part..y.. of the FIRST PART, and ..........his.................. heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part..y.. of the SECOND PART ..its.. heirs and assigns, against all acts and deeds of the said part..y.. of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part..y.. of the FIRST PART has.............. hereunto set ..his.... hand...... and seal.....the day and year first hereinbefore written.

Signed, Sealed and Delivered in
the presence of

.................................(SEAL)
John Sorensen, aka John Sorenson
.................................(SEAL)
.................................(SEAL)
.................................(SEAL)

STATE OF MONTANA. } ss.
County of .......SHERIDAN.......

On this ......8th...... day of ......July...... in the year nineteen hundred and
..eighty-three.......before me, ......Loren J. O'Toole............, a Notary Public
for the State of Montana, personally appeared ..JOHN SORENSEN, a single man,..
..aka John Sorenson.........................................................................

known to me ..personally.........................................
(or proved to me on oath of ..........................................................)
to be the person...... whose name..is.. subscribed to the within instrument and acknowledged to me
that ..........he...... executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial
Seal the day and year first above written.

.................................
Notary Public for the State of Montana.
Residing at ..Plentywood, Montana.. My Commission expires ..May 7.. 19..86..

Know All Men by These Presents:

That McKee Stenehjem Land Company, a corporation, organized and existing under the laws of the State of Montana in consideration of the sum of One and No/100 ------------- Dollars ($1.00), the receipt whereof is hereby admitted, does hereby grant, bargain, sell, convey, warrant and confirm unto The Roman Catholic Bishop of Great Falls, Montana, a corporation sole. and to and assigns, FOREVER, the following described real property, situated in the city or town of Plentywood County of Sheridan, State of Montana, to-wit:

Lot numbered Nine (9), of Block numbered One- (I) of Riba's Second Addition to Plentywood, Montana.

TOGETHER, with all and singular the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

And the said GRANTOR hereby covenants that it will forever WARRANT and DEFEND all right, title, and interest in and to said premises, and the quiet and peaceable possession thereof, unto the said GRANTEE, and assigns, against the acts and deeds of said grantor, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, said GRANTOR has caused its corporate name to be subscribed and its corporate seal to be affixed, by its proper officers, thereunto duly authorized, on this Second day of October A. D. 1944

ATTEST:

SEAL

McKee Stenehjem Land Company

By Emily L. McKee
.President.

J W McKee
Secretary.

STATE OF MONTANA, )
                   ) ss.
County of Sheridan )

On this Second day of November in the year 1944, before me A. J. Langer a Notary Public for the State of Montana, personally appeared Emily L. McKee and J/ W. McKee (known to me or proved to me on oath of) to be the President and Secretary of the corporation that executed the within instrument and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

A. J. Langer
Notary Public for the State of Montana.

Residing at Plentywood, Montana

My Commission expires Aug. 17-, 1947

Filed for record this 13th day of February, 1945 at 1:00 P. M.          Fee-$1.50

C F Christensen
County Recorder.

By A D Hovet
Deputy.

## WARRANTY DEED RECORD

I. Dec. No. 85064

**This Indenture,** Made the _6th_ day of _December_ A. D. one thousand nine hundred and _sixteen_, between _A. Riba and Mae C. Riba, his wife,_

of _Plentywood, Sheridan County, Montana,_ part _ies_ of the first part; and _Roman Catholic Bishop of Great Falls, Montana, Sole Corporation_ the party of the second part;

WITNESSETH, That the said part _ies_ of the first part, for and in consideration of the sum of _Three Hundred_ DOLLARS ($ 300.00 )

lawful money of the United States of America to _them_ in hand paid by said part _y_ of the second part, the receipt whereof is hereby acknowledged; do by these presents grant, bargain, sell, convey, warrant and confirm unto the said part _y_ of the second part, and to _his successors_ heirs and assigns forever, the hereinafter described real estate, situated in the City or Town of _Plentywood_ County of _Sheridan_ and State of Montana, to-wit:

_Lot Numbered Ten (10) of Block Numbered One (1) of Riba's Second Addition to the Town of Plentywood, Sheridan County, Montana, according to the map or plat thereof now on file or of record in the office of the Clerk & Recorder of Sheridan County, Montana._

TOGETHER, with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim, and demand whatsoever, as well in law as in equity, of the said part _ies_ of the first part, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said party of the second part, and to _his_ heirs and assigns forever. And the said part _ies_ of the first part, and _their_ heirs, do hereby covenant that _they_ will forever warrant and defend all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part _y_ of the second part _his successors_ heirs and assigns, against the acts and deeds of the said part _ies_ of the first part, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said part _ies_ of the first part ha _ve_ hereunto set _their_ hand _s_ and seal _s_ the day and year first hereinbefore written.

Signed, Sealed and Delivered in the presence of

_A. A. Malcolm_

_Wm Erickson_

_A. Riba_ (Seal)
_Mae C. Riba_ (Seal)
_____ (Seal)
_____ (Seal)

STATE OF MONTANA,
COUNTY OF _Sheridan_ } ss.

On this _6th_ day of _December_ in the year nineteen hundred and _sixteen_ before me, _Wm. Erickson_ a Notary Public for the State of Montana, personally appeared

_A. Riba and Mae C. Riba, his wife,_

known to me,
(or proved to me on the oath of _____ )
to be the person _s_ whose name _s_ _are_ subscribed to the within instrument and acknowledged to me that _they_ executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and year first above written.

(Notarial Seal)

_Wm Erickson_
Notary Public for the State of Montana.
Residing at _Plentywood, Montana_
My Commission expires _Jany. 20th 1917_

Recorded this _25_ day of _July_ 1917 at _9_ _B_ M.

Recorder _MKM_
Compared _CH_
Reader _IE_

By _____ Deputy.

# ST. MARY (LIVINGSTON)

GALLATIN COUNTY BAR ASSOCIATION    FORM NO. 1

# WARRANTY DEED  VOL 108 PAGE 285

For Value Received  WILLIAM J. HRUZA AND MARGARET HRUZA, husband
and wife, of Madelia, Minnesota, WILLIAM H. JONDROW and DOROTHY
JONDROW, husband and wife, of Albany, Oregon, and WILETTA REBER,
of Englewood, New Jersey,

the grantor's, do  hereby grant, bargain, sell, convey and confirm unto

ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, a corporation
sole,

the grantee, the following described premises, in    Park    County, Montana,
to wit: The following parcels of land in Lots 6 and 7 of Section 18,
Township 2 South, Range 10 East, M.P.M., more particularly described
as follows:

Parcel A: Starting at the southeast corner of Section 18, Township 2 South, Range 10 East, M.P.M. Corner 1, point of beginning, run East 748.13 feet along the section line to Corner 2 on the north bank of the south channel of the Yellowstone River, thence N 67°58'54" E 257.98 feet along said river bank to Corner 3, thence N 62°13'07" E 230. 31 feet along said river bank to Corner 4, thence N 52°31'46" E 175.93 feet along said river bank to Corner 5, thence N 74°25'00" E 142.00 feet along said river bank to Corner 6, thence N 55°01'54" E 251.27 feet along said river bank to Corner 7 where the line leaves the river, thence N 26°36'42" W 461.08 feet to the line S 25°08'46" W 507.56 feet to Corner 9, thence S 79°28'19" W 889.78 feet to Corner 10 on the south line the County Road, thence S 49°17'41" W 225.00 feet along said county road line to Corner 11, thence S 44°53'56" W 578.89 feet along road line to Corner 12, thence S 1°06' W 832.44 feet along the section line to Corner 1, point of beginning, containing 31.285 acres, more or less.

Parcel B: Starting at the intersection of the section line with the north line of the County Road, which point is N 1°06' E 203.13 feet from the southwest corner of Section 18, Township 2 South, Range 10 East, M.P.M., Corner 1, point of beginning, run N 44°52'56" E 543.72 feet along the north line of the County Road to Corner 2, thence N 49°17'51" E 211.37 feet along said road line to Corner 3, thence N 48°51'41" E 558.59 to the west line of "H" Street bridge road Corner 4, thence N 37°56'30" W 227.36 feet to Corner 5 on the south bank of the north channel of the Yellowstone River, thence S 56°36'21" W 510.40 feet along said river bank to Corner 6, thence S 88°27'50" W 78.86 feet along said river bank to Corner 7, thence S 80°05'35" W 310.56 feet along said river bank to Corner 8, thence S 1°06" W 733.31 feet along the section line to Corner 1, point of beginning, containing 8.914 acres, more or less, according to the map and plat thereof marked Exhibit "A" and hereunto attached.

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee, its  heirs and assigns forever, And the said Grantor's, do  hereby covenant to and with the said Grantee, that  the y  are the owner s in fee simple of said premises; that they are free from all incumbrances

and that   he   will warrant and defend the same from all lawful claims whatsoever.

Dated:

_(signatures)_

STATE OF MONTANA COUNTY OF
On this    day of    , 19
before me, a notary public in and for said State, personally
appeared  WILLIAM J. HRUZA  and
MARGARET HRUZA

known to me to be the persons  are
subscribed to the within instrument, and acknowledged to
me that   executed the same.

Notary Public for the State of Montana
Residing at
My commission expires May 16, 1968

STATE OF MONTANA, COUNTY OF
I hereby certify that this instrument was filed for record at
the request of

at    minutes past    o'clock    m,
this    day of
19   , in my office, and duly recorded in Book
of Deeds at page

County Clerk and Recorder

By    Deputy.

Fees $
Mail to:



VOL 108 PAGE 286

STATE OF OREGON } ss.
County of LINN

On this 28th day of June, 1965, before me, a notary public in and for said state, personally appeared WILLIAM H. JONDROW and DOROTHY JONDROW, known to me to be the persons whose names are subscribed to the within instrument, and acknowledged to me that they executed the same.

Notary Public for the State of Oregon
Residing at 931 S. Washington St., Albany Ore
My Commission expires May 11, 1968

STATE OF NEW JERSEY } ss.
County of Park

On this 18th day of August, 1965, before me, a notary public in and for said state, personally appeared WILLITA REBER, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

Notary Public for the State of New Jersey
Residing at Livingston, Montana
My Commission expires June 16, 1966

(NOT FOR RECORDING)

WARRANTY DEED

FROM

TO

DRAWN BY

Filed for record this 20th day of August, A.D. 1965 at 1:45 o'clock P. M. Reordred in Vol. 108 of Deed, pages 286

County Clerk & Recorder    By    Deputy

Recording Fee $ 4.00    Document No. 103789    Return to

Vol. 361

# ST. PATRICK CO-CATHEDRAL (BILLINGS)



WARRANTY DEED



393176

ELIZABETH O. DIRKS AND HUSBAND
ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA    QUIT CLAIM DEED    $261-545$
($15.10 in U. S. Documentary Internal Revenue stamps attached and cancelled)
THIS INDENTURE Made the 9th day of September in the year of our Lord one thousand nine

546

# Deed Record Book No. 261, Yellowstone County, Montana

hundred and forty-three between Elizabeth O. Dirks and A. B. Dirks, wife and husband, both of

Great Falls, Montana, the parties of the first part, and Roman Catholic Bishop of Great Falls,

Montana, a corporation sole, of Great Falls, Montana, the party of the Second Part;

WITNESSETH: That the said parties of the First Part, for and in consideration of the sum of

One Dollar ($1.00)to them in hand paid by the said party of the Second Part, and other valuable

considerations the receipt of which is hereby acknowledged; do hereby convey, remise, release

and forever quitclaim unto the said party of the second part, and to his successors and assigns,

the following described real estate situated in the County of Yellowstone and State of Montana,

to-wit:

Lots one (1) and two (2) in Block Fifty-four (54) of the Original Town, now City, of

Billings, in Yellowstone County, State of Montana, according to the plat of the survey thereof

on file and of record in the office of the County Clerk and Recorder of said Yellowstone County.

together with all the tenements, hereditaments and appurtenances thereunto belonging, and the

reversion and reversions, remainder and remainders, rents, issues and profits thereof, and also

all the estate, right, title, interest, dower, Property, possession, claim and demand whatso-

ever as well in law as in equity, of the said parties of the first part, of, in or to the said

premises and every part and parcel thereof

TO HAVE AND TO HOLD, all and singular the said premises, with the appurtenances unto the

said party of the second part, his successors and assigns forever.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and

seals the day and year first above written.

Signed, Sealed and Delivered in              Elizabeth O. Dirks   (SEAL)
the Presence of ..............
                                             A. B. Dirks          (SEAL)
STATE OF MONTANA )
                 )ss.
County of Cascade)

On this 23rd day of September in the year nineteen hundred and forty-three before me John

L. Slattery a Notary Public for the State of Montana, personally appeared Elizabeth O. Dirks

and A. B. Dirks, wife and husband, known to me to be the persons whose names are subscribed

to the within instrument and acknowledged to me that they executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal, the day and

year first above written.



John L. Slattery

Notary Public for the State of Montana.
Residing at Great Falls, Montana.
My Commission Expires April 3, 1944.

Recording Fee Paid $1.45

Filed for record on this 25th day of July, A. D. 1944, at 1:50 o'clock P. M.

By Rosella Fritz, Deputy                     George O. Osten, County Recorder.

# WARRANTY DEED

FOR A VALUABLE CONSIDERATION, receipt of which is acknowledged this _17th_ day of January, 1975, the undersigned

-- ELIZABETH A. ROWAN, --
a single woman,

of Billings, Montana,

Hereby GRANTS Unto

-- ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA --
a corporation sole,

with principal offices at Great Falls, Montana, the following described real property situated in Yellowstone County, Montana, to-wit:

Lots 3, 4 and 5, Block 54, of
the original Town, now City,
of Billings, Yellowstone County,
Montana, according to the offi-
cial plat on file in the office
of the Clerk and Recorder of said
County.

Together with all and singular the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD unto the Grantee, its successors and assigns, forever, subject, however, to:

(a) All reservations and exceptions in patents from
the United States or the State of Montana;
(b) All existing easements and rights-of-way;
(c) Taxes and assessments for 1975 and subsequent
years.
(d) All zoning and use restrictions of record.

EXCEPT with reference to the items referred to in paragraphs (a) to (d) inclusive, this deed is given with the usual covenants expressed in Section 74-110, R.C.M. 1947.

IN WITNESS WHEREOF, the Grantor herein has executed this instrument the day and year first hereinabove written.

ELIZABETH A. ROWAN

STATE OF MONTANA )
) ss.
County of Yellowstone )

On this _17th_ day of January, 1975, before me, a Notary Public for the State of Montana, personally appeared ELIZABETH A. ROWAN, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same.

Laura Degenhart
Notary Public for the State of Montana.
(Notary Seal)
Residing at Billings, Montana.
My commission expires _March 14, 1977._

979858

WARRANTY DEED

39339-T

Elizabeth A. Rowan

--to

Roman Catholic Bishop
of Great Falls, Montana

STATE OF MONTANA }ss.
County of Yellowstone }

I hereby certify that the within instru-
ment was filed in my office for record
on this ___21st___ day of
___January___ 1975 at 2:11
o'clock ___PM___, and is duly recorded
in Book ___1052___ ___ on
Page ___

With.ss my hand and official seal

Merrill A. Klundt
County Recorder.

By _____ Deputy

Fee: $ 7__    pd by ck.

Return to:
    Llewellyn Associates
    206 N. 29th St.
    Billings, Mt. 59101
Attn: Howard Hanson

277058

E. A. SWAN, AS GUARDIAN       DEED OF GUARDIAN
TO
THE ROMAN CATHOLIC BISHOP
OF THE DIOCESE OF GREAT FALLS

[$8.00 in U. S. Documentary Internal Revenue Stamps attached and cancelled.]

THIS INDENTURE, made the 21st day of October, 1932, at the county of Yellowstone, state of Montana, city of Billings, by and between E. A. SWAN, the duly appointed, qualified and acting guardian of the person and estate of Mrs. Flora Swan, mentally incompetent, of said city and county, party of the first part, and the Roman Catholic Bishop of the Diocese of Great Falls, sole corporation, of Great Falls, Montana, party of the second part, WITNESSETH:

THAT WHEREAS, on the 30th day of September, 1932, the District Court of the Thirteenth Judicial District of the state of Montana, in and for the County of Yellowstone, duly made an order of sale authorizing the said party of the first part to sell certain real estate of the said Mrs. Flora Swan, mentally incompetent, situated in said county of Yellowstone, state of Montana, and specified and particularly described in said order of sale;

AND WHEREAS, under and by virtue of said order of sale, and pursuant to legal notices given thereof, the said party of the first part, on the 10th day of October, 1932, sold at public auction, and subject to the confirmation by said District Court of the Thirteenth Judicial District of the state of Montana, in and for the County of Yellowstone, the said real estate, situated in the said county, and specified and described in said order of sale aforesaid; and at such sale the said party of the second part became the purchaser of the whole of said real estate, hereinafter particularly described, for the sum of ten thousand and 00/100 dollars ($10,000.00), current lawful money of the United States of America, he being the highest and best bidder, and that being the highest and best sum bid;

AND WHEREAS, the said District Court of the Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone, upon the due and legal return of his proceedings under the said order of sale, made by the said party of the first part on the 10th day of October, 1932, after making said sale, upon due and legal notice of at least ten days, given in such manner as the judge of said court had directed, did, on the 21st day of October, 1932, make an order confirming said sale and directing conveyances to be made and executed to the said party of the second part, a certified copy of which order of confirmation was recorded in the office of the County Clerk and Recorder within which county the said land sold is situated, on the 21st day of October, 1932, which said order of confirmation

285

Deed Record Book No. 165, Yellowstone County, Montana

now on file and of record in said recorder's office is hereby referred to and made a part of this indenture.

NOW, THEREFORE, the said E. A. Swan, guardian of the person and estate of the above-named ward, Mrs. Flora Swan, mentally incompetent, as aforesaid, the party of the first part, pursuant to the order last aforesaid of the said District Court of the Thirteenth Judicial District of the State of Montana, in and for the county of Yellowstone, for and in consideration of the said sum of ten thousand and 00/100 dollars ($10,000.00), gold coin of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained, sold, and conveyed, and by these presents does grant, bargain, sell, and convey, unto the said party of the second part, its successors and assigns forever, all the right, title, interest and estate of the said Mrs. Flora Swan, mentally incompetent, in and to all that certain lot, piece or parcel of land situated, lying and being in the said county of Yellowstone, state of Montana, and bounded and particularly described as follows, to-wit:

Lots Six (6), Seven (7), Eight (8) and Nine (9), in Block Fifty-four (54) of the original town (now city) of Billings, county of Yellowstone, state of Montana.

Together with all the tenements, hereditaments, and appurtenances to the same belonging or in anywise appertaining.

IN WITNESS WHEREOF the said party of the first part, guardian as aforesaid, has hereunto set his hand the day and year first above written.

           E. A. Swan
           As Guardian of the Person and Estate of
           Mrs. Flora Swan, Mentally Incompetent.

STATE OF MONTANA   |
                | ss
County of Yellowstone |

On this 21st day of October, 1932, before me, Hazel Christiani, a Notary Public in and for said county and state, personally appeared E. A. Swan, known to me to be the guardian of the person and estate of Mrs. Flora Swan, mentally incompetent, and to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same as such guardian.

IN witness whereof I have hereunto set my hand and affixed my Notarial Seal this 21st day of October, 1932.

         (SEAL)       Hazel Christiani
                       Notary Public for the State of Montana,
                       Residing at Billings, Montana.
                       My commission expires July 18, 1933.

Filed for record on this 26th day of October, A. D. 1932 at 11:50 o'clock A. M.

Verna Johnson, County Recorder.

STAMPED WITH DOCUMENTARY STAMPS, $.

*Frank X. H. Radmaker & Wife TO The River Catholic Bishop*

726

## This Indenture, Made the _____ twenty-seventh day of September _____ in the year of our Lord one thousand

nine hundred and _____ forty _____ BETWEEN Frank X. H. Radmaker _____ and Anna Radmaker _____

his wife _____ of the City of Billings _____ Yellowstone County _____ Montana _____ of the first part, and

Rt. Rev. Known Catholic Bishop of _____ the State of Montana, a corporation sole _____

the part _____ of the second part.

WITNESSETH, That the said part _____ of the first part, for and in consideration of the sum of

_____ Dollars, _____ of the United States of America,

to _____ in hand paid by the said part _____ of the second part, the receipt whereof is hereby acknowledged, do _____ by

these presents remise, release and forever quitclaim unto the said part _____ of the second part, and to its successors, heirs and

assigns, the following described real estate, lying and being situate in the County of Yellowstone, in the State of Montana, and

more particularly described as follows, to-wit:

*All of Lots numbered Thirteen (13) fourteen (14) sixteen (16) seventeen (17) and Eighteen
(18) in block number fifty six (56) of the Original Town (now City) of Billings, said County and State
according to the said Map now on file and of record in the office of the County Clerk and Recorder of the County of Yellowstone
State of Montana _____*

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise apper-
taining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate,
right, title, interest _____ all _____ the _____ property, possession, claim and demand whatsoever, as well
in law as in equity, of the said part _____ of the first part, of, in or to the said premises, and every part and parcel thereof,
with the appurtenances.

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances, unto the said part _____
of the second part, and to its _____ successors _____ heirs and assigns forever.

IN WITNESS WHEREOF, The said part _____ of the first part have _____ hereunto set _____ their _____ hand _____ and seal _____ the day
and year first above written.

Signed, Sealed and Delivered in the presence of

_____                                              _____ Frank X. H. Radmaker _____ (SEAL)

_____                                              _____ Anna Radmaker _____ (SEAL)

STATE OF _____ Montana _____ ss.
County of _____ Yellowstone _____

On the twenty seventh day of September in the year 1945
before me, _____ a Notary Public in and for said County and State, personally appeared
Frank X. H. Radmaker, and Anna Radmaker his wife, known to me to be the persons whose names are
subscribed to the within instrument, and acknowledged to me that they executed the same.

In Witness Whereof I have hereunto set my hand and affixed my
Notarial Seal the day and year in this certificate first above written.

_____ Nat G. Carroll _____
_____ Notary Public in and for said County _____
_____ of Yellowstone, State of Montana _____

Filed for record this _____ 10th _____ day of _____ October _____ at _____ 9 _____ o'clock A. M., 1945.

By _____ Deputy.                              J. H. Fisher _____ County Recorder.

## QUITCLAIM DEED

FOR A VALUABLE CONSIDERATION, the receipt of which is acknowledged, the undersigned,

CITY OF BILLINGS, MONTANA, a municipal corporation,

does hereby remise, release and quitclaim unto

THE ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, a corporation sole,

real property situated in Billings, Yellowstone County, Montana described as:

That portion of the 200 Block of North 31st Street in Billings, Montana abutting St. Patrick's Co-Cathedral consisting of 20 feet by 150 feet of that street which was vacated by resolution of the City Council of the City of Billings, Number 99-17477, a copy of which resolution is on file in the office of the Clerk and Recorder of Yellowstone County, Montana under Document Number 3069077 .

TO HAVE AND TO HOLD unto the Grantees and to their heirs and assigns, forever.

DATED this 25 day of Oct , 1999.

CITY OF BILLINGS, MONTANA

By _Charles F. Tooley_
CHARLES F. TOOLEY, Mayor

ATTESTATION:

_Marita Herold_
Marita Herold, City Clerk


STATE OF MONTANA )
                 : ss.
County of Yellowstone )

This instrument was acknowledged before me on October 25, 1999, by CHARLES F. TOOLEY as Mayor of the CITY OF BILLINGS, MONTANA.

_Colleen R Schellberg_
Notary Public for the State of Montana
Residing at Billings, Montana
My commission expires 1/3/2001

Return to: Charles J. Thomas
P.O. Box 2529
Billings, MT 59103-2529

**3075180**
Page: 1 of 1
12/07/1999 00:43P
Yellowstone County    QCD         8.00

# ST. PIUS X (BILLINGS)

## WARRANTY DEED.

B/K 2004 excepting 4 of a survey

This Indenture, Made the 11th day of March, in the year of our Lord one thousand nine hundred and seven, BETWEEN Francis Kellet of Yellowstone County, State of Montana, as single woman, the party of the first part, and the Roman Catholic Bishop of Great Falls, Montana, Corporation sole, the party of the second part,

WITNESSETH, That the said party of the first part for and in consideration of the sum of One Dollars, currency of the United States of America, to her in hand paid by the said party of the second part, the receipt of which is hereby acknowledged, do sell, by these presents grant, bargain, sell, convey and confirm unto the said party of the second part, and to her heirs and assigns forever, the following described real estate, lying and being situate in the County of Yellowstone, in the State of Montana, and more particularly described as follows, to wit: The Southwest Quarter (S.W.¼) of

the Southwest Quarter (S.E.¼) of the Northwest Quarter (N.E.¼) of section six (see 6) in Township one South (T.1.S.) Range twenty-six (R 26 E) M.P.M. Containing in all ten acres more or less. This grant, however, is made subject to the easement of a public highway along the south side of said tract and thirty feet in width along said south side is reserved herefrom for the purpose of said highway.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining; and the reversion and reversions, remainder and remainders, rents, issues and profits thereof.

To Have and to Hold, all and singular the above mentioned and described premises, together with the appurtenances, unto the said party of the second part and to her heirs and assigns forever. And the said party of the first part and the said premises, in the quiet and peaceable possession of the said party of the second part, the said party of the first part and her heirs and assigns, against all and every person and persons whomsoever, lawfully claiming or to claim the same, shall and will warrant and by these presents ever defend.

In Witness Whereof, The said party of the first part has hereunto set her hand and seal the day and year first above written.

WITNESSES:
                                          Francis Kellet (Seal)
                                                            (Seal)

STATE OF Montana }ss.
County of Yellowstone
On this 11th day of March in the year 1907, before me, J. A. Hagan, a Notary Public in and for said State, personally appeared Francis Kellet, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year in this certificate first above written.
                                          J. A. Hagan
                                          Notary Public in and for said State of Montana
Notary Public in and for said County of Yellowstone, State of Montana.

Filed for record this 20th day of July A.D. 1910 at 10 o'clock A.M.
                                          W. B. Kennedy, County Recorder
                                          By N. B. Newall, Deputy Recorder.

# St. Theresa (Lambert)

**STATE OF MONTANA,** } ss.

County of..................

Filed for record this........day of.......................19........ at.......o'clock........M. and
Recorded in Book........of Deeds on Page........of the Records of County of........................
State of Montana. ........................., Clerk and Recorder By..........................

NO. 8 — WARRANTY DEED — SHORT FORM — PHOTO

This Indenture, Made the....... 5th .......day of...Novembe r...
A. D. one thousand nine hundred and....eighty-one
BETWEEN...ANN BARTHELMEH

Box 129, Hingham, Montana,.........................part.Y.... of the FIRST PART
and....ROMAN CATHOLIC BISHOP OF GREAT FALLS, A Corporation Sole............of

of...121 23rd Street S., Great Falls, Montana,....the part.Y..... of the SECOND PART;
WITNESSETH, that the said part.Y..... of the FIRST PART, for and in consideration of the
sum of...One Dollar and Other Valuable Considerations........Dollars ($..1.00..&..OVC.)
lawful money of the United States of America to...and................in hand paid by said part.Y..... of the
SECOND PART, the receipt whereof is hereby acknowledged; do....es....... by these presents grant,
bargain, sell, convey, warrant and confirm unto the said part..Y.... of the SECOND PART, and to
....its....heirs and assigns forever, the hereinafter described real esta..s situated in the city or town of
....Lambert,..................., County of....Richland............ and State of
Montana, to-wit:...Lots 9, 10, 11, 12 and 13, Block 2, Original Townsite of Lambert,
Montana, according to the plat thereof on file in the office of the Clerk and
Recorder of Richland County, Montana.
RESERVING AND EXCEPTING therefrom, however, 6½% of the mineral rights in the
property for party of the first part, her heirs, executors, and assigns, this
(continued on back)

TOGETHER with all and singular the hereinbefore described premises together with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, right of dower and right of homestead, possession, claim and demand whatsoever, as well in law as in equity, of the said part.Y.... of the FIRST PART, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, TO HAVE AND TO HOLD, all and singular the above mentioned and described premises unto the said part.Y.... of the SECOND PART, and to....its........heirs and assigns forever.
And the said part.Y.... of the FIRST PART, and........her........heirs, do hereby covenant that they will forever WARRANT and DEFEND all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto the said part.Y....of the SECOND PART ..its..heirs and assigns, against all acts and deeds of the said part.Y..... of the FIRST PART, and all and every person and persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, the said part.Y...... of the FIRST PART ha.s........... hereunto set....her........hand....... and seal........the day and year first hereinbefore written.

Signed, Sealed and Delivered in
the presence of

..................................Ann Barthelmeh..........(SEAL)
..........................................................(SEAL)
..........................................................(SEAL)
..........................................................(SEAL)

**STATE OF MONTANA,** } ss.

County of....Hill

On this.... 5th.......day of....November........in the year nineteen hundred and
..eighty-one........before me.........the undersigned..............., a Notary Public
for the State of Montana, personally appeared....ANN BARTHELMEH

known to me,...............................................
............(or, proved to me on oath of.........................)
to be the person........ whose name...is.... subscribed to the within instrument and acknowledged to me
that....she............ executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial
Seal the day and year first above written.

..........................................
Notary Public for the State of Montana.

Residing at....Havre, MT........My Commission expires...6/15....19 83

307328

# WARRANTY DEED
### (S. F.)

Ann Barthelmeh

### TO

Roman Catholic Bishop of

Great Falls

Dated............................................, 19......

**STATE OF MONTANA,**
County of.....Richland................ } ss.

Filed for Record this.....7............day of
.......Dec........................, A. D. 19 81
at...1:14......o'clock....P........M., and
Recorded in Book....A119..........of Deeds
on Page...289-290.......of the Records of
County of...Richland
State of.....Montana
....Helen Gierke
............County Clerk and Recorder.
By..... Beth Sobolik
............................................Deputy
Fees $...4.00
Return to:..... Fr. Richard Munsell
Box 391
Sidney, MT. 59270

BOOK A119 PAGE 290 reservation being understood to include by its terms, oil, gas, and any other minerals on, in and under the property conveyed. (continued from front)