James I. Stang (CA State Bar #94435
Kenneth H. Brown (CA Bar #100396)
Ilan D. Scharf (NY State Bar #4042107)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Phone: (310) 277-6910
Fax: (310) 201-0760
Email: jstang@pszjlaw.com
        kbrown@pszjlaw.com
        ischarf@pszjlaw.com

Attorneys to Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls - Billings),<br><br>Debtor-in-Possession | ) Chapter 11<br>)<br>)<br>) Bankruptcy Case No. 17-60271-JDP<br>)<br>)<br>)<br>) |
| Official Committee of Unsecured Creditors<br><br>Plaintiff,<br><br>v.<br><br>Roman Catholic Bishop of Great Falls, Montana, A Montana Religious Corporation Sole, (as purported trustee for its Parishes, Parishioners and Billings Catholic Schools), Billings Catholic Schools, Corpus Christi (Great Falls), Holy Spirit (Great Falls), Mary Queen of Peace, Billings, Montana, Our Lady of Lourdes Parish, Great Falls, Montana, St Anthony Church (Culbertson), St Bernard (Billings), St Bernard Church (Charlie Creek), St John The Evangelist Church (Baker), St Joseph (Plentywood), St Mary (Livingston), St Patrick Co-Cathedral (Billings), St Pius X (Billings) and St Theresa (Lambert)<br><br>Defendants. | Adv. Proc. No. 18-00014-JDP<br><br>**SUMMONS SERVICE EXECUTED** |

**SUMMONS SERVICE EXECUTED**

DOCS_SF:96305.1 18488/002

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On March 19, 2018, I caused to be served the following documents in the manner described below:

- ***COMPLAINT FOR AVOIDANCE OF UNRECORDED INTERESTS IN REAL PROPERTY AND QUIET TITLE***

- ***SUMMONS IN AN ADVERSARY PROCEEDING***

| | |
|---|---|
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Service List is attached below. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on March 19, 2018, at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

**SUMMONS SERVICE EXECUTED**

DOCS_SF:96305.1 18488/002

**SERVED VIA US MAIL**

| | | |
|---|---|---|
| Corpus Christi (Great Falls)<br>Attn:  Ryan Erlenbush<br>410 22nd Avenue NE<br>Great Falls, MT  59404 | Holy Spirit (Great Falls)<br>Attn:  Rev. Richard Schlosser<br>201 44th Street South<br>Great Falls, MT  59405 | Mary Queen of Peace, Billings, Montana<br>Attn:  Rev. Jose Marques<br>120 South 34th Street<br>Billings, MT  59101 |
| Our Lady of Lourdes Parish, Great Falls<br>Attn:  Rev. Alphonsus Enelichi<br>409 123th Street South<br>Great Falls, MT  59405 | St Anthony Church (Culbertson)<br>Attn:  Rev. Jude Alih, MSP<br>PO Box 30<br>Culbertson, MT  59218 | St Barnard (Billings)<br>Attn:  David Reichling<br>226 Wicks Lane<br>Billings, MT  59105 |
| St Bernard Church (Charlie Creek)<br>Attn:  James O'Neil<br>219 7th Street SE<br>Sidney, MT  59270 | St John The Evangelist Church (Baker)<br>Attn:  Rev. Philip Chinnappan<br>PO Box 1519<br>Baker, MT  59313 | St Joseph (Plentywood)<br>Attn:  Pat Zabrock<br>PO Box 167<br>Plentywood, MT  59254 |
| St Mary (Livingston)<br>Attn:  Rev. Leo McDowell<br>PO Box 646<br>Livingston, MT  59047 | St Patrick Co-Cathedral (Billings)<br>Attn:  Robert Grosch<br>215 N 31st Street<br>Billings, MT  59101 | St Pius X (Billings)<br>Attn:  Wayne Pittard<br>717 18th Street West<br>Billings, MT  59102 |
| St Theresa (Lambert)<br>Attn:  James O'Neil<br>219 7th Street SE<br>Sidney, MT  59270 | Billings Catholic School<br>Attn: Shaun Harrington, President<br>215 North 31st<br>Billings, MT  59101 | Billings Catholic School<br> Attn: Janyce Haider, President, Billings Catholic School Foundation<br>215 North 31st<br>Billings, MT  59101 |
| **Attorneys for Debtor, as purported trustee for its Parishes, Parishioners and Billings Catholic Schools**<br>Ford Elsaesser<br>Bruce A. Anderson<br>Elsaesser Anderson, CHTD.<br>320 East Neider Avenue, Suite 102<br>Coeur d'Alene, ID  83815 | **Attorneys for the Parishes**<br>John L. Amsden<br>Michael G Black<br>Beck & Amsden, PLLC<br>1946 Stadium Drive, Suite 1<br>Bozeman, MT  59715 | |

**SUMMONS SERVICE EXECUTED**

DOCS_SF:96305.1 18488/002