# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls - Billings),<br><br>Debtor-in-Possession | Chapter 11<br><br>Bankruptcy Case No. 17-60271-JDP |
| Official Committee of Unsecured Creditors<br>Plaintiff,<br>v.<br>ROMAN CATHOLIC BISHOP OF GREAT FALLS, MONTANA, A MONTANA RELIGIOUS CORPORATION SOLE, (AS PURPORTED TRUSTEE FOR ITS PARISHES, PARISHIONERS AND BILLINGS CATHOLIC SCHOOLS), BILLINGS CATHOLIC SCHOOLS, CORPUS CHRISTI (GREAT FALLS), HOLY SPIRIT (GREAT FALLS), MARY QUEEN OF PEACE, BILLINGS, MONTANA, OUR LADY OF LOURDES PARISH, GREAT FALLS, MONTANA, ST ANTHONY CHURCH (CULBERTSON), ST BERNARD (BILLINGS), ST BERNARD CHURCH (CHARLIE CREEK), ST JOHN THE EVANGELIST CHURCH (BAKER), ST JOSEPH (PLENTYWOOD), ST MARY (LIVINGSTON), ST PATRICK CO-CATHEDRAL (BILLINGS), ST PIUS X (BILLINGS) AND ST THERESA (LAMBERT),<br>Defendants. | Adv. Proc. No. 18-00014-JDP |

## ORDER DISMISSING ADVERSARY PROCEEDING

In the above-captioned adversary proceeding, the Plaintiff filed a Notice of Dismissal on January 19, 2019. No party filed a responsive pleading to the Plaintiff's Complaint. Federal Rule of Civil Procedure 41(a)(1)(A)(i), applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, permits dismissal prior to the filing of a responsive pleading at the request of the Plaintiff. Accordingly,

**IT IS ORDERED**, pursuant to the Notice of Dismissal filed on January 15, 2019, the above-captioned adversary proceeding is dismissed with prejudice.

Dated: January 17, 2019

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge